IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COLORQUICK, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:09-cv-323-LED |
| | ) | |
| v. | ) | JURY DEMAND |
| | ) | |
| VISTAPRINT LIMITED, and | ) | |
| OFFICEMAX | ) | |
| INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF HEATHER A. FALTIN IN SUPPORT OF DEFENDANTS VISTAPRINT LIMITED AND OFFICEMAX INCORPORATED'S JOINT MOTION TO TRANSFER VENUE

I, Heather A. Faltin, declare as follows:

1.      I am an associate attorney with the law firm Cooley Godward Kronish LLP, counsel of record for Vistaprint Limited ("Vistaprint Ltd.") and OfficeMax Incorporated ("OfficeMax"). The following facts are within my personal knowledge and if called as a witness by the Court, I would be competent to testify to the matters set forth below.

2.      By consulting a map and web-based resources, I determined that Pennsauken, New Jersey is a suburb of Philadelphia, Pennsylvania located approximately six miles from the center of Philadelphia, and separated from Philadelphia by the Delaware River. A true and correct copy of a map showing driving directions from Philadelphia to Pennsauken is attached hereto as Exhibit A1.

3.      By consulting a map and web-based resources, I determined that Jenkintown, Pennsylvania is approximately 14 miles from Philadelphia. A true and correct copy of a map showing driving directions from Jenkintown to Philadelphia is attached hereto as Exhibit A2.

4.    By consulting web-based telephone directories and databases, I have reason to believe Mr. Jeremy C. Herr, the named inventor of the patent-in-suit, currently resides in Elkins Park, Pennsylvania.  A true and correct copy of a "PeopleFinder" search is attached hereto as Exhibit A3.

5.    By consulting a map and web-based resources, I determined that Elkins Park, Pennsylvania is also a suburb of Philadelphia, located approximately nine miles from the center of Philadelphia.  A true and correct copy of a map showing driving directions from Philadelphia to Elkins Park is attached hereto as Exhibit A4.

6.    A true and correct copy of a relevant portion of the '149 Patent file history, showing that Mr. Clark Jablon was the prosecuting attorney, is attached hereto as Exhibit A5.  By consulting Mr. Jablon's law firm website, I determined that Mr. Jablon currently works in Philadelphia, Pennsylvania.  A true and correct excerpt of Mr. Jablon's law firm website is attached hereto as Exhibit A6.

7.    By consulting a map and web-based resources, I determined that Philadelphia is approximately 300 miles from Boston and 1,400 miles from Tyler, Texas.  A true and correct copy of a map showing the distance from Philadelphia to Boston, Massachusetts is attached hereto as Exhibit A7.  A true and correct copy of a map showing the distance from Philadelphia to Tyler, Texas is attached hereto as Exhibit A8.

8.    By consulting web-based travel resources such as Expedia.com and Amtrak.com, I have determined that there are at least a dozen direct, non-stop flights to and from Boston and Philadelphia every business day, and there also is convenient high Amtrak speed rail service that makes nine trip between Boston and Philadelphia every business day.  A true and correct copy of an Expedia website screenshot showing direct flights to Boston from Philadelphia is attached

hereto as Exhibit A9.  A true and correct copy of an Amtrak website screenshot showing trains between Philadelphia and Boston is attached hereto as Exhibit A10.

9.      By consulting a map and web-based resources, I determined that Naperville, Illinois is approximately 930 miles from Tyler, Texas and 1,000 miles from Boston, Massachusetts.  A true and correct copy of a map showing the distance from Naperville to Tyler is attached hereto as Exhibit A11.  A true and correct copy of a map showing the distance from Naperville to Boston is attached hereto as Exhibit A12.

10.     By consulting web-based travel resources such as Expedia.com, I have determined that there are at least twenty flights from Chicago, Illinois to Boston, Massachusetts every business day.  A true and correct copy of an Expedia website screenshot showing direct flights to Boston's Logan Airport from Chicago's O'Hare Airport is attached hereto as Exhibit A13.

11.     By consulting a map and web-based resources, I determined that Tyler, Texas is approximately 1,400 miles away from Philadelphia, Pennsylvania and 1,700 miles from Boston, Massachusetts.  A true and correct copy of a map showing the distance from Philadelphia to Tyler is attached hereto as Exhibit A14.  A true and correct copy of a map showing the distance from Boston to Tyler is attached hereto as Exhibit A15.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated: Nov. 6, 2009

_Heather A. Faltin_
Heather A. Faltin, Esq.