**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **COLORQUICK, L.L.C.,** | § | |
| | § | |
| **v.** | § | **NO. 6:09-cv-323** |
| | § | |
| **VISTAPRINT LIMITED, et al.** | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge, which contains his recommendation for disposition, has been presented for consideration. (Doc. No. 78). The parties have not objected. Having reviewed the Magistrate Judge' report and having considered his recommendation, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. The Court hereby **ADOPTS** the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

**So ORDERED and SIGNED this 22nd day of June, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**