IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COLORQUICK, L.L.C., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | No. 6:09-CV-323 |
| v. | § | |
| | § | JURY DEMANDED |
| VISTAPRINT LIMITED, and | § | |
| OFFICEMAX INCORPORATED, | § | |
| | § | |
| *Defendants.* | § | |

**PATENT RULE 4-3 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Patent Rule 4-3 of the Rules of Practice for Patent Cases and the Court's Docket Control Order, Plaintiff ColorQuick, L.L.C. and Defendants Vistaprint Limited and OfficeMax Incorporated (collectively, "the parties") hereby submit this Joint Claim Construction and Pre-hearing Statement.

**(a)  Claim Terms, Phrases, or Clauses for Which the Parties Have Reached Agreement Regarding Construction (P.R. 4-3(a))**

The constructions of the claim terms, phrases, or clauses on which the parties agree are set forth in Exhibit A to this Joint Statement.

**(b)  Proposed Constructions of Disputed Claim Terms and Phrases and Identification of Intrinsic and Extrinsic Evidence (P.R. 4-3(b))**

The parties' intrinsic and extrinsic evidence in support of their proposed constructions and in opposition is set forth in Exhibit B to this Joint Statement.

**(c) Anticipated Length of Time Necessary for the Claim Construction Hearing (P.R. 4-3(c))**

There is only one disputed limitation. The parties agree that approximately one (1) hour will be needed for the Claim Construction Hearing.

**(d) Witnesses to be Called at the Claim Construction Hearing (P.R. 4-3(d)).**

The parties do not intend to rely on expert testimony at the Claim Construction Hearing.

**(e) Other Issues to be Taken Up at a Prehearing Conference Prior to the Claim Construction Hearing (P.R. 4-3(e)).**

The parties do not currently foresee any disputes in need of resolution at a Pre-Hearing Conference. The parties would be pleased to make themselves available at the Court's convenience should the Court believe that the Claim Construction Hearing would be facilitated by a Pre-Hearing Conference.

Dated: July 12, 2010                              Respectfully submitted,


                                                   /s/ Justin B. Kimble
                                                  Michael W. Shore
                                                  State Bar No. 18294915
                                                  Alfonso Garcia Chan
                                                  State Bar No. 24012408
                                                  Justin B. Kimble
                                                  State Bar No. 24036909
                                                  **SHORE CHAN BRAGALONE**
                                                  **DEPUMPO LLP**
                                                  901 Main Street, Suite 3300
                                                  Dallas, Texas 75202
                                                  (214) 593-9110 Telephone
                                                  (214) 593-9111 Facsimile

                                                  ATTORNEYS FOR PLAINTIFF
                                                  COLORQUICK, L.L.C.



                                                   /s/ Christopher Campbell (w/permission)
                                                  Christopher Campbell
                                                  **COOLEY LLP**
                                                  One Freedom Square
                                                  Reston Town Center
                                                  11951 Freedom Drive
                                                  Reston, Virginia 20190
                                                  ccampbell@cooley.com
                                                  (703) 456-8553

                                                  ATTORNEYS FOR DEFENDANTS
                                                  VISTAPRINT LIMITED and OFFICEMAX
                                                  INCORPORATED

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-f(a)(3) on July 12, 2010.

                                  */s/ Justin B. Kimble*
                                    Justin B. Kimble

EXHIBIT A - AGREED CLAIM CONSTRUCTIONS

| Claims | '149 Patent Claim Term or Phrase | Agreed Construction |
|---|---|---|
| 1,2, 3,10, 25, 26, 27, 34 | image display | a visual representation shown on a display screen |
| 1,2, 3,4,10,12 25, 26, 27, 28, 34, 36 | still image proxy | a still computer file, such as a JPEG, GIF, PNG or the like, that substitutes for the PDL image file |
| 1, 2, 11, 25, 26, 35 | PDL image file | a computer file containing page description language (PDL) code that defines the appearance of an electronic document when printed |
| 1, 2, (3),25, 26, (27) | electronically manipulating | electronically modifying the appearance of the image display of the still image proxy, or electronically appending production specifications |
| 1, 2, 25, 26 | using the information about the manipulations to revise the PDL image file so as to match the PDL image file to the manipulations made to the image display of the still image proxy | using the information about the manipulations to revise the PDL image file with automated software so as to match the PDL image file to the manipulations made to the image display of the still image proxy |
| 7, 31 | dynamically creating | creating at run time |

# EXHIBIT B – DISPUTED CLAIM CONSTRUCTIONS

| Claims | '149 Patent Claim Term or Phrase | Plaintiff's Proposed Construction and Identification of Intrinsic and Extrinsic Evidence | Defendant's Proposed Construction and Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| 2, 7, 26, 31 | static template | **Plaintiff's Construction:**<br><br>Plaintiff contends that this term does not require additional construction, as it has already been construed by this Court to mean:<br><br>**A template shown on a display screen that when set corresponds to a predetermined area in which the electronic document must fit, and is displayed in association with the image display of the still image proxy**<br><br>**Intrinsic Evidence:**<br><br>The entire U.S. Patent No. 6,839,149 specification and prosecution history, *see, e.g.,* col. 4, ll. 1-20; col. 4, l. 54 – col. 5, l. 17; col. 5, ll. 18-22; col. 6, ll. 41-60; col. 9, ll. 23-37; col. 10, ll. 10-19; col. 11, ll. 39-45; col. 11, ll. 61-65; col. 12, ll. 28-30; figs. 7-13, 16, 17A-D, and 22.<br><br>**Extrinsic Support:**<br><br>Court's Memorandum Opinion & Order, Dkt. 67, case 6:06-cv-00390-LED (June 25, 2008). | **Defendant's Construction:**<br><br>**A fixed template created at run time corresponding to a user-specified predetermined area in which the electronic document must fit, and is displayed in association with the image display of the still image proxy**<br><br>**Intrinsic Evidence**<br><br>The entire U.S. Patent No. 6,839,149 specification and prosecution history, including, *e.g.,* col. 4:3-6; 5:43-50; 6:30-34; 6:51-59; 7:34-39; fig. 7.<br><br>**Extrinsic Evidence:**<br><br>"static: fixed, stationary." American Heritage Dictionary of the English Language 1694 (4th ed. 2000).<br><br>"static: characterized by a lack of movement, animation, or progression: standing or fixed in one place." Merriam-Webster's Tenth Collegiate Dictionary 1149 (10th ed. 1996). |