| | | |
|---|---|---|
| COLORQUICK, L.L.C., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | No. 6:09-CV-323 |
| v. | § | |
| | § | JURY DEMANDED |
| VISTAPRINT LIMITED, and | § | |
| OFFICEMAX INCORPORATED, | § | |
| | § | |
| *Defendants.* | § | |

## AMENDED PATENT RULE 4-3 JOINT CLAIM CONSTRUCTION
## AND PREHEARING STATEMENT

Pursuant to Patent Rule 4-3 of the Rules of Practice for Patent Cases and the Court's Docket Control Order, Plaintiff ColorQuick, L.L.C. and Defendants Vistaprint Limited and OfficeMax Incorporated (collectively, "the parties") hereby submit this Amended Joint Claim Construction and Pre-hearing Statement.

**(a)   Claim Terms, Phrases, or Clauses for Which the Parties Have Reached Agreement Regarding Construction (P.R. 4-3(a)).**

The constructions of the claim terms, phrases, or clauses on which the parties agree are set forth in Exhibit A to this Amended Joint Statement.

**(b)   Proposed Constructions of Disputed Claim Terms and Phrases and Identification of Intrinsic and Extrinsic Evidence (P.R. 4-3(b)).**

By this amended Joint Statement, the parties no longer dispute any claim terms. In particular, the parties now agree that the single previously disputed term, "static template," should be construed in accordance with the Court's prior construction of that term.

(c)     **Anticipated Length of Time Necessary for the Claim Construction Hearing (P.R. 4-3(c)).**

As there are no longer any disputed claim terms, the parties do not anticipate a Claim Construction Hearing will be required in this matter.  The parties will be available, however, to the extent the Court determines that a Claim Construction Hearing would be helpful.

(d)     **Witnesses to be Called at the Claim Construction Hearing (P.R. 4-3(d)).**

The parties do not intend to rely on expert testimony at a Claim Construction Hearing.

(e)     **Other Issues to be Taken Up at a Prehearing Conference Prior to the Claim Construction Hearing (P.R. 4-3(e)).**

The parties do not currently foresee any disputes in need of resolution at a Pre-Hearing Conference.  The parties would be pleased to make themselves available at the Court's convenience should the Court believe that a Claim Construction Hearing, to the extent necessary, would be facilitated by a Pre-Hearing Conference.

Dated: September 7, 2010                    Respectfully submitted,


                              ___/s/ Justin B. Kimble_____
                              Michael W. Shore
                              State Bar No. 18294915
                              Alfonso Garcia Chan
                              State Bar No. 24012408
                              Justin B. Kimble
                              State Bar No. 24036909
                              **SHORE CHAN BRAGALONE
                              DEPUMPO  LLP**
                              901 Main Street, Suite 3300
                              Dallas, Texas 75202
                              (214) 593-9110 Telephone
                              (214) 593-9111 Facsimile

                              ATTORNEYS FOR PLAINTIFF
                              COLORQUICK, L.L.C.



                              ___/s/ Christopher Campbell_____
                              Christopher Campbell
                              **COOLEY LLP**
                              One Freedom Square
                              Reston Town Center
                              11951 Freedom Drive
                              Reston, Virginia 20190
                              ccampbell@cooley.com
                              (703) 456-8553

                              ATTORNEYS FOR DEFENDANTS
                              VISTAPRINT LIMITED and OFFICEMAX
                              INCORPORATED

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-f(a)(3) on September 7, 2010.


    */s/ Matthew P. Gubiotti*
    Matthew P. Gubiotti