**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **COLORQUICK, L.L.C.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | No. 6:09cv323 LED-JDL |
| | § | |
| **VISTAPRINT LIMITED, and** | § | |
| **OFFICEMAX, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendants.** | § | |

<u>**ORDER**</u>

Before the Court is Colorquick L.L.C's Motion to Disqualify Defendants' Consulting Expert,

Motion for Protective Order, and Motion to Compel (Doc. No. 94).  Defendants Vistaprint Limited

and OfficeMax Incorporated filed a Response (Doc. No. 99); Colorquick L.L.C. filed a Reply (Doc.

No. 102).  Upon consideration of the arguments, the motions are **DENIED**.

An opinion regarding the ruling will follow.


**So ORDERED and SIGNED this 19th day of October, 2010.**



_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE