IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COLORQUICK, L.L.C., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | No. 6:09-CV-323 |
| v. | § | |
| | § | JURY DEMANDED |
| VISTAPRINT LIMITED, and | § | |
| OFFICEMAX INCORPORATED, | § | |
| | § | |
| *Defendants.* | § | |

---

## ORDER GRANTING MOTION TO AMEND DOCKET CONTROL ORDER

---

Before the Court is the parties' Joint Motion to Amend Docket Control Oder.   After considering said Joint Motion, the Court finds that the Joint Motion should be GRANTED.  It is, therefore, ORDERED that the Docket Control Order (Dkt. 46) be amended as follows:

| | New Deadline |
|---|---|
| Parties with the burden of proof designate expert witnesses (non-construction issues).  Expert witness reports due. | Dec. 10, 2010 |
| Parties designate rebuttal expert witness (non-construction issues).  Rebuttal expert witness reports due. | Dec. 30, 2010 |
| Discovery Deadline. | Jan. 24, 2011 |
| Parties to Identify Trial Witnesses; Amend Pleadings. | Feb. 1, 2011 |
| Parties to Identify Rebuttal Trial Witnesses. | Feb. 11, 2011 |
| Dispositive Motions due from all parties any other motions that may require a hearing (including *Daubert* motions) due. | Feb. 14, 2011 |
| Response to Dispositive Motions (including *Daubert* motions) due. | Mar. 1, 2011 |
| Reply to Dispositive Motions (including *Daubert* motions) due. | Mar. 8, 2011 |

**So ORDERED and SIGNED this 19th day of October, 2010.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE