IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COLORQUICK, L.L.C., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | No. 6:09-CV-323 |
| v. | § | |
| | § | JURY DEMANDED |
| VISTAPRINT LIMITED, and | § | |
| OFFICEMAX INCORPORATED, | § | |
| | § | |
| *Defendants.* | § | |

---

## ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER

---

Before the Court is the parties' Joint Motion to Amend Docket Control Order.  After considering said Joint Motion, the Court finds that the Joint Motion should be GRANTED.  It is therefore, ORDERED that the amended Docket Control Order (Dkt. 106) be amended as follows:

| | New Deadline |
|---|---|
| Dispositive Motions due from all parties any other motions that may require a hearing (including *Daubert* motions) due. | Feb. 18, 2011 |
| Parties to Identify Trial Witnesses; Amend Pleadings. | Feb. 25, 2011 |
| Response to Dispositive Motions (including *Daubert* motions) due. | Mar. 4, 2011 |
| Parties to Identify Rebuttal Trial Witnesses. | Mar. 9, 2011 |
| Reply to Dispositive Motions (including *Daubert* motions) due. | Mar. 11, 2011 |

**So ORDERED and SIGNED this 20th day of January, 2011.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE