**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

ColorQuick, L.L.C.,

                Plaintiff,

    v.

Vistaprint Limited, and
OfficeMax Incorporated,

                Defendants.

Civil Action No. 6:09-cv-323-LED

**DECLARATION OF DAVID L. ZWANG IN SUPPORT OF
DEFENDANT VISTAPRINT'S OPPOSITIONS TO COLORQUICK, L.L.C.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT OF VALIDITY;
MOTION TO STRIKE, IN PART, THE OPINIONS OF DAVID L. ZWANG ON
INVALIDITY; AND *DAUBERT* MOTION TO STRIKE PORTIONS OF THE
<u>INVALIDITY OPINION OF DAVID L. ZWANG</u>**

I, David L. Zwang, state as follows:

1. I am the Principal of Zwang & Company, a strategic consulting firm in the premedia and print technology industry, and have been retained by Vistaprint Limited in this matter. I have personal knowledge of the facts set forth in this declaration and, if called upon, could testify truthfully and accurately thereto.

2. In my role as a consultant for Vistaprint, I was asked to analyze the '149 patent in light of the prior art and to prepared a written report explaining my analysis and opinions. My report on the Invalidity of the '149 Patent ("Invalidity Report") was served on ColorQuick on December 10, 2010.

3. Appendix A to my Invalidity Report included a current curriculum vitae, detailing my near 40 years' experience in the printing and graphics arts industry. A true and correct copy of Appendix A to my Invalidity Report is attached to this declaration as Exhibit 1.

4. I have over 35 years of experience in the print industry, spanning the industry's transition from more traditional prepress and printing methods to increasingly automated systems relying on computer software.

5. I have been working with computers since 1982, when as a small business owner I purchased a personal computer to streamline my business and production tasks.

6. I began programming in 1982, when I used the Basic programming language to further automate certain processes.

7. Over the next decade, I continued to develop my skills in Basic and Apple Basic by authoring other small automation tasks.

8. In 1993 I took a course in AppleScript programming language in 1993 to support my role as an authorized Apple reseller, which allowed me to develop and sell software for Apple products.

9. I have developed other production automation software, using Basic, Visual Basic and AppleScript.

10. In 1995, I authored a software-based template system for the book publisher Bantam Doubleday Dell.  The software automated portions of the company's publishing, aiding its transition to digital production.

11. In the early 1990s, I created and taught a class on Postscript troubleshooting for Scitex, a graphic arts systems development and manufacturing company. The course introduced students to digital files commonly used in the prepress and print industries with a focus on the Postscript file type disclosed in the '149 patent.  By the end of the course, the students were able to review, evaluate, and repair Postscript code, and to code their own Postscript files from scratch.

12. More recently, my career has shifted toward system and process architecture.  I continue to author software scripts occasionally, though I subcontract other developers to author software to allow me to focus on a broader range of production solutions.

13. In the mid-2000s, I designed the architecture for a web-based publishing system for the U.S. Department of State. I also oversaw the team of programmers that coded this system. This system, like Vistaprint.com, allowed users to design documents like newsletters, business cards, and greeting cards.

14. I confirmed the relationship between the Keane patent and the pre-critical date Vistaprint.com (particularly, the PAPICS system) in conversations with Sebastian Coursol.

15. I discussed the functionality of Vistaprint.com and the operation of the various segments of Vistaprint.com Release 5.1 code with Sebastian Coursol. My prior coding experience allowed me to verify Coursol's explanations of how this website functioned.

16. I understand that ColorQuick has requested that the Court grant it partial summary judgment on its claim of validity, based in part on its argument that the claimed method of the '149 patent was not publicly known based on Vistaprint.com, as of February 2001.

17. As I indicated in my Invalidity Report, it is my opinion that a person of ordinary skill in the field of the '149 patent is someone with at least five years of experience as a pre-press technician or a bachelor's degree in computer science with coursework in graphic arts and printing.

18. For my Invalidity Report, I was asked to compare the Vistaprint.com system as of February 2001 to the asserted claims of the '149 patent and offer an opinion as to whether Vistaprint.com practiced each claim limitation, as asserted by ColorQuick. I was not asked to offer an opinion as to the legal effect of Vistaprint.com meeting all such limitations or, in particular, the specific basis under § 102 by which Vistaprint.com anticipates the '149 patent.

19. I concluded that Vistaprint.com, as of February 2001, practiced all steps of the '149 patent, based on ColorQuick's interpretation of the claim limitations in its infringement contentions.

20. Claim 1 of '149 patent provides a method of preparing production data for a print job comprising the step of "(a) creating a still image proxy of the PDL image file." Vistaprint.com, as of February 26, 2001, enables one of ordinary skill to practice or carry out the claimed limitation without undue experimentation. One of ordinary skill would have understood

a PDL file uploaded to Vistaprint.com was not being displayed as a PDL file in the browser, *i.e.*, some conversion to a proxy image file must have occurred.

21. Claim 1 of '149 patent further provides "(b) electronically manipulating an image display of the still image proxy and recording information about the manipulations." Vistaprint.com, as of February 26, 2001, enables one of ordinary skill to practice or carry out the claimed limitation without undue experimentation. The electronic manipulations of the image display of the proxy would have been apparent to one of ordinary skill because that individual would see the manipulations on their screen. One of ordinary skill would have further understood that information about the manipulations was being recorded on the Vistaprint.com back-end servers because publically available Javascript responsible for causing XML to be written could be viewed by users.

22. Claim 1 of '149 patent further provides "(c) using the information about the manipulations to revise the PDL image file so as to match the PDL image file to the manipulations made to the image display of the still image proxy." Vistaprint.com, as of February 26, 2001, enables one of ordinary skill to practice or carry out the claimed limitation without undue experimentation. One of ordinary skill would have understood that revisions to a PDL image file were occurring on the Vistaprint.com back-end server because the print product delivered to the end user would have incorporated the user's manipulations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Danbury, Connecticut, this 27th day of March, 2011.

_____
David L. Zwang

926579/HN

# EXH. 1

# David L. Zwang

| Curriculum Vitæ |
|---|

E M P L O Y M E N T

**Zwang & Company**, DANBURY, CT, *Principal* ............................................................................... 1991 – Present
Strategic business planning, analysis, and related services to companies in the vertical Publishing market worldwide.  Experience includes an extensive background in Content Creation, Content Management, Premedia and many printing technologies, including; Offset, Flexo, and Gravure, and Digital. Additionally offers consulting services to manufacturers on product development and marketing in the field of publishing, with a specific emphasis on data driven design, prepress, print production, and color management.

Projects include global data management solutions; book, magazine and packaging publishing technologies and processes; remote production systems development; color management systems; and process collaboration systems. *See Representative Projects document for additional detail.*

**Colortec Graphic Production, Inc.**, SOUTH NORWALK, CT, *VP Operations*............................................1988 – 1991
Co-founded this "state of the art" electronic prepress facility, specializing in training, support, production and processing of "desktop" files.  Through the use of computers, and trained personnel, we serviced the Pharmaceutical, Publishing, and Advertising community.  In addition we did product development, and systems integration.  We also developed and marketed TruMatch, a process color specifying system in addition to a number of software development projects.

**Pro Color, Division of George Schmitt Inc.**, BROOKFIELD, CT, *General Manager*................................1982 – 1987
After the sale of the original company to its new owner, I retained full responsibility for the entire operation.  This included P&L, sales, admin., plant and technical management.  Our primary markets were label and packaging products for companies in the Pharmaceutical, Liquor, Food Service, and Health and Beauty Aid industries.  Some of my accomplishments included, redesigning of specialty packaging equipment and developing and implementing new printing processes, including "dry offset printing."

**Pro Color Inc.**, DANBURY, CT, *Founder and President* ...................................................................... 1977 – 1982
Created "short run", high quality color printing business that serviced the Gallery and Museum community.  The business was initially developed through the use of a Direct Mail sales and marketing effort.  At the time of the sale of the business we had an income in excess of $3 million per year.

**Universal Color Corp.**, SCHENECTADY, NY, *Plant Manager* .............................................................1975 – 1977
Responsible for sales and production for the company.  The company was primarily a trade Separation shop.  We serviced the Tri-City area.  Managed 3 salesman and 10 production workers.

**David L. Zwang**                      *Curriculum Vitæ – page 2*

**Daret Color Corp.**, DANBURY, CT, *Pre-Press Supervisor* ........................................................... **1972 – 1975**
Responsibilities included Dot etching, Retouching, and training color camera operators.  Supervised 3 camera operators, and 4 image assemblers.

**Vogue Wright Studios**, NEW YORK, NY, *Photographer* ................................................................. **1969 – 1972**
Major Catalog photography studio.  Shot "still life" product shots for Macys, J.C. Penney, Stop & Shop, etc.

## OTHER INDUSTRY ACTIVITIES

### LECTURES

| Venues | Topics | Year |
|---|---|---|
| The School of Visual Arts | Electronic Reproduction | 1989 |
| Western Connecticut State University | Desktop Publishing | 1989 |
| Seybold Publishing Conferences | Assorted Industry Topics | 1994 – 2004 |
| Vue/Point | Annual Industry Update | 1990 – 2007 |
| PIA (Printing Industries of America) | Process Benchmarking | 1995 |
| IPA | New Publishing Tech. | 1998 |
| | Marketing in the GA | 1999 |
| | R&E Tech Conference | 2000 |
| | Team Consultant | 2001 – 2004 |
| GATF | Color Management Conf. | 2001 – 2009 |
| DDAP | Annual Conference | 2002 – 2003 |
| Print Media | Annual Conference | 2003 |
| PacPrint (Australia) | Industry Exposition | 2005 |
| I Jornada Nacional sobre flujos de trabajo PDF en Artes Graficas  (Spain) | | 2007 |
| Graphispag (Spain) | Annual Conference | 2007 |
| DRUPA (Germany) | Conference | 2008 |

| | | |
|---|---|---|
| Board of Directors | GTX (GRAPHIC TECHNOLOGY EXCHANGE) | Australia |
| Chairman | Ghent Workgroup | International Association |
| Member | CGATS, ISO, CIP4 | Standards Bodies |

**David L. Zwang**                                                                 Curriculum Vitæ – *page 3*

# OTHER INDUSTRY ACTIVITIES

## SEMINARS AND COURSES

| Clients and Venues | Topics |
| --- | --- |
| Scitex - U.S. & Europe | Process Color Reproduction |
| Scitex - U.S. & Europe | Service Bureau Management |
| Scitex - U.S. & Europe | PostScript Troubleshooting |
| Assoc. of Graphic Comm. – NY | Preflighting |
| Apple – CreoScitex | Color Management |
| Printing Industries | Total Immersion: Digital Printing |

# EDUCATION

Long Island University - Biology/Chemistry ........................................................................1968 – 1972

**Assorted Industry Training:**..........................................................................................Densitometry
Statistical Process Control
Total Quality Management
Communication
Labor Relations
Environmental Waste Handling
Others on Request

# NON-INDUSTRY ACTIVITIES

Lake Waubeeka Association ....................................................................................................1982 – 2000
Board of Directors

Created a Lake Management program,
which has become a model for other
lakes in the state.

Managed private water company, including
Construction of new water treatment facility,
and all required monitoring and reporting.

**David L. Zwang**     Curriculum Vitæ – *page 4*

## ARTICLES PUBLISHED

| Date Published | Publication | Article |
|---|---|---|
| Summer 1989 | Process | Visionary and PostScript |
| Summer 1992 | Vue/Point – The Hard Copy | A Prepress Primer |
| Summer 1993 | The Dotted Line | Picture Replacement |
|  |  | Data Management |
|  |  | Preflighting |
| Summer 1993 | Vue/Point – The Hard Copy | A Prepress Primer |
| June 1994 | Prepress Links | Networking Solutions |
|  |  | Moving Digital Data |
| Summer 1994 | Vue/Point – The Hard Copy | 1994 Prepress Overview |
| October 1994 | Prepress Links | The Hub of Productivity |
|  |  | Server Based Workflows |
| January 1995 | The DottedLine | Workflows and Formats |
|  |  | The Value of Trapping |
| February 1995 | Prepress Links | The Trapping Trap |
|  |  | All about Digital Trapping |
| June 1995 | Prepress Links | Let it RIP: |
|  |  | Raster Image Processors |
| Summer 1995 | Vue/Point – The Hard Copy | 1995 Prepress Overview |
| Summer 1996 | Vue/Point – The Hard Copy | 1996 Prepress Overview |
| October 1996 | American Printer | Proof of What? - Digital |
|  |  | Color Proofing Options |
| Summer 1997 | Vue/Point – The Hard Copy | The Year in Review |
| October 1997 | Seybold Report on Publishing | Defining Print Workflow |
| January 1998 | Prepress Bulletin | Prepress – The Future in |
|  |  | The World of Publishing |
| March 1998 | Seybold Report on Publishing | Production Workflow |
|  |  | Focus on the Products |
| May 1988 | American Printer | What in the world is XML? |
| June 1998 | American Printer | In – RIP Solutions |
| Summer 1998 | Vue/Point – The Hard Copy | Industry Overview |

**David L. Zwang**  Curriculum Vitæ – *page 5*

| | | |
|---|---|---|
| October 1998 | American Printer | Imposing Presence; Prepress Imposition |
| October 1998 | Printing Impressions | Variable Data Printing |
| December 1998 | American Printer | Industry trends for 1999 |
| February 1999 | American Printer | Variable data tools for Digital printing |
| June 1999 | American Printer | Real World PDF |
| July 1999 | American Printer | Media Independent workflows |
| August 1999 | American Printer | What every CSR should know about Preflight |
| November 1999 | American Printer | Strengthening the Infrastructure |
| November 1999 | American Printer | E-Business for E-Print |
| November 1999 | Graphic Design USA | The Changing Landscape of Print Buying |
| December 1999 | American Printer | Good Investments – Forecast 2000 |
| January 2000 | American Printer | Managing Color in Real World |
| Spring 2000 | Print on Demand Canada | Network Fundamentals |
| February 2000 | American Printer | Look Ma, No Hands – Automating Workflows |
| March 2000 | American Printer | File Format Bingo |
| June 2000 | American Printer | The Web in your Workflow |
| June 2000 | American Printer | Drupa Digital Workflows |
| October 20000 | American Printer | Automating Workflows |
| December 2000 | American Printer | Investing in 2001 |
| February  2001 | American Printer | Digital Workflows |
| March 2001 | American Printer | PDF Plug in Roundup |
| April 2001 | Seybold Report on Publishing | Harlequin's Comeback |
| June 2001 | American Printer | Color Management Tools |
| August 2001 | American Printer | Workflow and the Internet |
| October 2001 | American Printer | That's what JDF is… |
| December 2001 | American Printer | Investing in 2002 |

**David L. Zwang**  Curriculum Vitæ – *page 6*

| | | |
|---|---|---|
| January 2002 | Seybold Bulletin | PDF – Universal publishing format? |
| March 2002 | American Printer | Digital Workflows: Meet the Content Creator |
| June 2002 | American Printer | PDF for Today and Tomorrow |
| September 2002 | American Printer | Implementing Color Management |
| 2002 –2003 | Seybold Report on Publishing | PDF Editor |
| 2004 | American Printer | Workflow Automation (JDF) |
| November 2006 | Folio Magazine | PDF Workflows- Color Management |
| February 2007 | Seybold Report on Publishing | InkJet Printing – MEMS the word |
| March 2007 | Seybold Report on Publishing | SWOP/GRACoL Summit |
| April 2009 | What They Think | Surviving a Recession |
| October 2009 | The Magazine | Digital Printing |

Others on request.