IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| COLORQUICK, L.L.C., § | |
| § | |
| *Plaintiff,* § | |
| § | No. 6:09-CV-323 |
| v. § | |
| § | JURY DEMANDED |
| VISTAPRINT LIMITED § | |
| § | |
| § | |
| *Defendant.* § | |

**ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Before the Court is the parties' Joint Motion to Amend Docket Control Order. After considering said Joint Motion, the Court finds that the Joint Motion should be GRANTED. It is therefore, ORDERED that the Docket Control Order (Dkt. 46) and Amended Docket Control Order (Dkt. 125) be amended as follows:

| | Current Schedule | Proposed Schedule |
|---|---|---|
| Joint Pretrial Order, Joint Proposed Jury Instructions with citations to authority, Form of the Verdict, Proposed Findings of Fact and Conclusions of Law with citation to authority for issues tried to the bench.<br><br>Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings due. If a daily transcript or real time reporting of court proceedings is requested for trial or hearings, the party or parties making said request shall file a notice with the court and email the Court Reporter, Shea Sloan, at shea_sloan@txed.uscourts.gov. | April 8, 2011 | April 13, 2011 |
| Pretrial Disclosures.<br>Video and Stenographic Deposition Designations due. Each party who proposes to offer deposition | April 14, 2011 | April 19, 2011 |

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| testimony shall file a disclosure identifying the line and page numbers to be offered. |  |  |
| Rebuttal Designations and Objections to Deposition Testimony due. Cross-examination line and page numbers to be included. In video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designations and the Court's rulings on objections. | April 26, 2011 | April 26, 2011 |
| Objections to Rebuttal Deposition Testimony due. | April 29, 2011 | May 2, 2011 |
| Pretrial Objections due. | May 9, 2011 | May 9, 2011 |
| Motions in Limine due. The parties are directed to meet and confer and attempt to resolve all limine issues before filing any motions in limine. | May 9, 2011 | May 9, 2011 |
| Responses to Motions in Limine due. | May 12, 2011 | May 16, 2011 |
| Parties to file estimates of amount of time they request at jury selection for (1) *voir dire*, (2) opening statements, (3) direct and cross examinations, (4) closing arguments. | May 16, 2011 | May 16, 2011 |
| 1:30 p.m. PRETRIAL CONFERENCE All pending motions will be heard. Lead trial counsel must attend the pretrial conference. | May 19, 2011 | May 19, 2011 |
| 9:00 a.m. JURY SELECTION | June 6, 2011 | June 6, 2011 |
| 9:00 a.m. JURY TRIAL. | June 13, 2011 | June 13, 2011 |

**So ORDERED and SIGNED this 6th day of April, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE