# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| COLORQUICK, L.L.C., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | No. 6:09-CV-323 |
| v. | § | |
| | § | JURY DEMANDED |
| VISTAPRINT LIMITED, and | § | |
| OFFICEMAX INCORPORATED, | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S INITIAL TRIAL EXHIBIT LIST

Plaintiff Colorquick, L.L.C. ("Plaintiff") hereby submits its Initial Trial Exhibit List, attached hereto as Exhibit A.

Plaintiff reserves the right to amend, supplement, or modify its list of exhibits as the case proceeds toward the final pre-trial conference and trial.

Dated:  April 19, 2011                    Respectfully submitted,


                                          */s/ Justin B. Kimble*
                                          Patrick J. Conroy
                                          State Bar No. 24012448
                                          Michael W. Shore
                                          State Bar No. 18294915
                                          Alfonso Garcia Chan
                                          State Bar No. 24012408
                                          Justin B. Kimble
                                          State Bar No. 24036909
                                          Derek N. Johnson
                                          State Bar No. 24060027
                                          Timothy T. Wang
                                          State Bar No. 24067927
                                          **SHORE CHAN BRAGALONE
                                          DEPUMPO LLP**
                                          901 Main Street, Suite 3300
                                          Dallas, Texas 75202
                                          (214) 593-9110 Telephone
                                          (214) 593-9111 Facsimile

                                          ATTORNEYS FOR PLAINTIFF
                                          COLORQUICK, L.L.C.


### CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed **PLAINTIFF'S INITIAL TRIAL EXHIBIT LIST** with the clerk of court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


April 19, 2011                            */s/ Justin B. Kimble*
Date


**PLAINTIFF'S INITIAL TRIAL EXHIBIT LIST**                                    **Page 2**

# EXHIBIT A

INTERNAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **COLORQUICK, L.L.C.,**<br>   **Plaintiff**<br><br>**v.**<br>**VISTAPRINT LIMITED and**<br>**OFFICEMAX INCORPORATED,**<br>   **Defendants** | **CASE NO.  6:09-cv-323-LED**<br><br>**PLAINTIFF'S EXHIBIT LIST** | **LEONARD DAVIS**<br>**Judge Presiding**<br><br>**Jury Trial/Hearing**<br><br>**Date(s):** 6/13/2011 |
| Plaintiff's Attorney(s):<br>Patrick Conroy | Defendant's Attorneys: | Court Reporter:<br><br>Courtroom Deputy: Mechele Morris |

**\*\* *Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) – Impeachment***

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 1 | | Certified copy of U.S. Patent No. 6,839,149, "Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File, Herr, 1/4/2005 | N/A | A | | | | |
| 2 | | U.S. Patent No. 6,839,149, "Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File," Herr, 1/4/2005 | CQ001654-1686 | A | | | | |
| 3 | | Certified copy of the file wrapper for U.S. Patent No. 6,839,149<br>Exh. 3A Part 1<br>Exh. 3B Part 2 (CD) | N/A | A | | | | |
| 4 | | File wrapper for U.S. Patent No. 6,839,149 | CQ001467-1653 | A | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 5 | | Certified copy of the 3/19/2002 Assignment of the U.S. Patent No. 6,839,149 from Jeremy Herr to ColorQuick.com | N/A | A | | | | |
| 6 | | 3/19/2002 Assignment of the U.S. Patent No. 6,839,149 from Jeremy Herr to ColorQuick.com | CQ002008-2011 | A | | | | |
| 7 | | Certified copy of the 9/5/2007 Assignment of the U.S. Patent No. 6,839,149 from Jeremy Herr to ColorQuick, L.L.C | N/A | A | | | | |
| 8 | | 9/5/2007 Assignment of the U.S. Patent No. 6,839,149 from Jeremy Herr to ColorQuick, L.L.C. | CQ001691-1692 | A | | | | |
| 9 | | Original Inventor's Notebook of handwritten notes by Jeremy Herr | N/A | A | | | | |
| 10 | | Inventor's Notebook of handwritten notes by Jeremy Herr | CQ002311-2392 | A | | | | |
| 11 | | Colorquick – Business Plan, Concept Draft #3 | CQ-E000032 | A | | | | |
| 12 | | ColorQuick Business Plan – July 23, 2002 – Draft | CQ005136-5183 | A | | | | |
| 13 | | ColorQuick Business Plan 2005 | CQ-E003720 | A | | | | |
| 14 | | ColorQuick.com, LLC Executive Summary | CQ003880-3903 | B | | | | |
| 15 | | Hoover's Company Profile of The Composing Room, Inc., 12/01/2010 | VP-CQ0078462-78468 | B | | | | |
| 16 | | ColorQuick: Company Overview, May 2, 2007 | CQ004629-4634 | B | | | | |
| 17 | | Handwritten notes by Mark Weiss re: 12/19/01 DAL meeting | CQ005076-5081 | B | | | | |
| 18 | | 8/26/2000 press release, "ColorQuick Makes Seybold's 25 HotPicks" | CQ-E000059 | B | | | | |
| 19 | | 8/29/2000 press release, "ColorQuick.com Launches Beta Site for Automated Print-Estimating Technology" | CQ-E000056 | B | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 20 | | Appendix with source code regarding U.S. Patent No. 6,839,149 | CQ001748-1885 | A | | | | |
| 21 | | U.S. Patent No. 6,801,333, "Automated System for Comparing a Job Quote for a Print Job with Production Data for an Actual Print Job," Weiss, 10/5/2004 (Weiss 1 Exh. 20) | N/A | B | | | | |
| 22 | | U.S. Patent No. 7,706,016, "Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File," Herr, 4/27/2010 (Weiss 1 Exh. 9) | N/A | B | | | | |
| 23 | | Patent Application Publication US 2010/0214612 A1, "Computer Program Product for Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image file," Herr, 8-26-2010 (Weiss 1 Exh. 11) | N/A | B | | | | |
| 24 | | Patent Application Publication US 2009/0265382 A1, "Method and Apparatus for Sending Messages on Behalf of Dead Persons to Live Recipients," Daniel J. Freiman, et al, 10/22/2009 (Weiss 1 Exh. 13) | N/A | B | | | | |
| 25 | | Patent Application Publication US 2008/0320385 A1, 12/25/2008 (Weiss 2 Exh. 19) | N/A | B | | | | |
| 26 | | 8/26/2000 press release, "The Henry Ford of Pre-press Printing" | CQ005132-5135 | A | | | | |
| 27 | | 1/10/2002 press release, "magSend Makes Digital Ad Submission Easier Than Ever" | CQ000169 | B | | | | |
| 28 | | 1/14/2002 press release, "Patent-Pending QuickFit Technology Makes Fine Tuning Digital Ad Submission on magSend Fast, Convenient" | CQ000167-168 | B | | | | |
| 29 | | 2/20/2002 press release, "Patent-Pending QuickFit™ Technology from magSend Makes Fine Tuning Digital Ad Submission Fast, Convenient" | CQ000001-3 | A | | | | |
| 30 | | magSend, Delivering Ads to Magazines Online, On Time & In-Spec | CQ008169 | A | | | | |
| 31 | | magSend presentation, "It's about time. A better way of delivering ads to magazines" | CQ000004-38 | B | | | | |
| 32 | | User's Guide – "The magSend System" | CQ000118-149 | B | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 33 | | "ColorQuick.com magSend Veroproof Workstream" brochure | CQ007179-7196 | B | | | | |
| 34 | | "ColorQuick.com magSend Veroproof Workstream, November 2004 Update" brochure | CQ004617-4628 | B | | | | |
| 35 | | Vistaprint "Training Overview," 1/2004 | VP-CQ0030157-30207 | B | | | | |
| 36 | | ColorQuick LLC Balance Sheet as of 12/31/2002 | CQ005718-5730 | A | | | | |
| 37 | | ColorQuick LLC Balance Sheet as of 12/31/2003 | CQ005731-5747 | A | | | | |
| 38 | | ColorQuick LLC Balance Sheet as of 12/31/2004 | CQ005748-5765 | A | | | | |
| 39 | | ColorQuick LLC Balance Sheet as of 12/31/2005 | CQ005766-5782 | A | | | | |
| 40 | | ColorQuick LLC Balance Sheet as of 12/31/2006 | CQ005783-5798 | A | | | | |
| 41 | | ColorQuick LLC Balance Sheet as of 12/31/2007 | CQ005799-5814 | A | | | | |
| 42 | | ColorQuick LLC Balance Sheet as of 12/31/2008 | CQ005815-5831 | A | | | | |
| 43 | | ColorQuick LLC Balance Sheet as of 12/31/2009 | CQ005832-5835 | A | | | | |
| 44 | | ColorQuick 2004 Budget | CQ-E003670 | B | | | | |
| 45 | | ColorQuick LLC- 2005 P&L Statement | CQ-E003722 | B | | | | |
| 46 | | ColorQuick 2006 Budget | CQ-E003724 | B | | | | |
| 47 | | TechTerms.com JPEG (Joint Photographic Experts Group) definition | CQ007238 | A | | | | |
| 48 | | TechTerms.com PostScript definition | CQ007239 | A | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 49 | | TechTerms.com BMP (Bitmap) definition | CQ007240 | A | | | | |
| 50 | | TechTerms.com, "XML (Extensible Markup Language)" definition | CQ009154 | A | | | | |
| 51 | | Prepressure.com article, "The TIFF/IT file format" | CQ009155-9157 | A | | | | |
| 52 | | United States Patent No. US 6,650,433,  Keane et al, "Managing Print Jobs," 11/18/2003 | VP-CQ0074775-74819 | A | | | | |
| 53 | | U.S. Patent 6,717,686, Farros, et al, "Electronic Printing System and Method," 4/6/2004 | VP_OMX00145-171 | A | | | | |
| 54 | | U.S. Patent No. 6,529,214, Chase, et al, "Interactive Print Job Display System and Method" | VP_OMX00089-99 | A | | | | |
| 55 | | Apple OPI White Paper  (1995) | FXO_PA0001215-1255 | A | | | | |
| 56 | | U.S. Patent No. 6,522,418, Yokomizo et al, "Method of and System For Editing Images," 2/18/2003 | VP_OMX00297-323 | A | | | | |
| 57 | | U.S. Pat. App. 2003/0140315, Blumberg et al, "Print on Demand Virtual Builder," 7/24/2003 | VP-CQ0073951-73970 | A | | | | |
| 58 | | Vistaprint presentation by Robert Keane | VP-CQ0007104-7135 | A | | | | |
| 59 | | Vistaprint presentation by Robert Keane, 9/2006 | VP_CQ0039281-39324 | A | | | | |
| 60 | | Vistaprint "Content & Studio," Laban Eilers, 4-2-2007 | VP-CQ0028394-28402 | A | | | | |
| 61 | | Vistaprint "PAPICS / IECapture," Martijn Stevenson | VP_CQ0035374-35386 | A | | | | |
| 62 | | TechWiki article, "Inline cropping" | VP-CQ0018440-18441 | A | | | | |
| 63 | | Vistaprint website:  Factsheet | CQ007241 | A | | | | |
| 64 | | Vistaprint website:  Acceptable File Formats | CQ007242-7245 | A | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 65 | | Vistaprint website:  Artwork Specifications | CQ007246-7247 | A | | | | |
| 66 | | Vistaprint website:  Postcards | CQ007248-7250 | A | | | | |
| 67 | | Vistaprint website:  Upload Help | CQ007251-7252 | A | | | | |
| 68 | | Vistaprint website:  Customer Service Center | CQ007253-7254 | A | | | | |
| 69 | | Vistaprint website: Help page regarding Rotate and Align | CQ007255 | A | | | | |
| 70 | | Screenshots from Vistaprint.com demonstrating process of ordering prints using an uploaded PDL image file | CQ007198-7237 | A | | | | |
| 71 | | Spreadsheet showing New Studio Features | VP_CQ0033014 | A | | | | |
| 72 | | Vistaprint Strategic Partnerships – Overview for Orientation Class, Doug Mitchell, 2007 | VP-CQ0030905-30939 | A | | | | |
| 73 | | Strategic Partnership Agreement between OfficeMax and Vistaprint, draft 5/22/2007 | OMX0000057-92 | A | | | | |
| 74 | | Vistaprint "Navigation – How To" | VP-CQ0027202-27207 | A | | | | |
| 75 | | Vistaprint "Design Wizard for Letterhead" | VP-CQ0013147-13149 | A | | | | |
| 76 | | 11/17/2003 Email from HB Weinberg to ALL, et al, re: Release 10.8 in Production! | VP-CQ0027307-27308 | A | | | | |
| 77 | | 2/14/2007 Email from Emily Myerson re: Upload Initiative Update | VP-CQ0008722-8723 | A | | | | |
| 78 | | Vistawiki article, "Advanced SSR studio" | VP_CQ0034864-34865 | A | | | | |
| 79 | | Vistaprint Exemplary Studio XML file | VP-CQ0077795-77820 | A | | | | |
| 80 | | Vistaprint Source code, jsstudio.txt | VP-CQSC0001002-1013 | A | | | | |
| 81 | | Vistaprint Source code document, Class vp.studio.AddImage | VP-CQSC0001014-1017 | A | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 82 |  | Vistaprint Source code, CropInfo.cs | VP-CQSC0001018-1022 | A |  |  |  |  |
| 83 |  | Vistaprint Source code, ImageCropInfo.cs | VP-CQSC0001023-1034 | A |  |  |  |  |
| 84 |  | Vistaprint Source code, IRenderableImage.cs | VP-CQSC0001035 | A |  |  |  |  |
| 85 |  | Vistaprint Source code, Rotation.cs | VP-CQSC0001036-1043 | A |  |  |  |  |
| 86 |  | Vistaprint Source code, clpep.vbp | VP-CQSC0001044 | A |  |  |  |  |
| 87 |  | Vistaprint Source code, setup.bas | VP-CQSC0001045 | A |  |  |  |  |
| 88 |  | Vistaprint Source code, public.bas | VP-CQSC0001046 | A |  |  |  |  |
| 89 |  | Vistaprint Source code, frmclpep.frm | VP-CQSC0001047-1048 | A |  |  |  |  |
| 90 |  | Vistaprint Source code, pep_mod.bas | VP-CQSC0001049-1054 | A |  |  |  |  |
| 91 |  | Vistaprint Source code document, Class vp.upload.Upload | VP-CQSC0001055-1059 | A |  |  |  |  |
| 92 |  | Vistaprint Source code, jsupload.txt | VP-CQSC0001060 | A |  |  |  |  |
| 93 |  | Vistaprint Source code document, Class vp.studio.commands.Resize | VP-CQSC0001061-1063 | A |  |  |  |  |
| 94 |  | Vistaprint Source code document, Class vp.studio.commands.Rotate | VP-CQSC0001064-1066 | A |  |  |  |  |
| 95 |  | Vistaprint Source code, document, Class vp.studio.commands.Crop | VP-CQSC0001067-1070 | A |  |  |  |  |
| 96 |  | Vistaprint Source code, modPDFLib.bas | VP-CQSC0001071-1076 | A |  |  |  |  |
| 97 |  | Vistaprint Source code, PdfMetadataReaderWorker.cs | VP-CQSC0001077-1085 | A |  |  |  |  |
| 98 |  | Vistawiki article, "Upload supported file type" | VP-CQ0000398-400 | A |  |  |  |  |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 99 | | Vistawiki articles | VP-CQ0000001-157 | A | | | | |
| 100 | | Vistawiki article, "Old Studio" | VP-CQ0000478-482 | A | | | | |
| 101 | | Vistaprint presentation, "Holiday 2009 For Web Creative," by Christine Wallace | VP-CQ0001667-1693 | B | | | | |
| 102 | | Vistaprint presentation, "Website Paths and Areas of Customer Experience," by Aimee FitzGerald, 1/3/2008 | VP-CQ0002246–2286 | A | | | | |
| 103 | | Vistaprint presentation, "Agenda - Marketing Services February Quarterly" | VP-CQ0003284-3379 | B | | | | |
| 104 | | Vistaprint presentation, "Marketing Overview," by Janet Holian, 3/2006 | VP_CQ0050836-50863 | A | | | | |
| 105 | | Vistaprint presentation, "Company Presentation August 25, 2004" | VP-CQ0007051–7081 | A | | | | |
| 106 | | Vistaprint presentation, "Project Brief – Full Upload Path Improvements" | VP-CQ0008714–8721 | A | | | | |
| 107 | | Vistaprint presentation, "KIFG: Content and User Experience, Executive Update" August 2007 | VP-CQ0010468–10547 | A | | | | |
| 108 | | Vistaprint, "Competitive Presentation," by Maura McCarthy, 2/22/2007 | VP-CQ0011704-11726 | A | | | | |
| 109 | | Vistaprint presentation, "Enhanced Document Design, Conceptualization Meeting" 1/10/2007 | VP-CQ0012253–12277 | A | | | | |
| 110 | | Vistaprint presentation, "Molecular Final Presentation" | VP-CQ0012660-12726 | B | | | | |
| 111 | | Vistaprint presentation, "Molecular Qualitative Customer Research Discussion," 3/10/2005 | VP-CQ0012737-12765 | B | | | | |
| 112 | | Vistaprint presentation, "Molecular Appendix: Survey Results" | VP-CQ0012766-12811 | A | | | | |
| 113 | | Vistaprint presentation, "Molecular VistaPrint Usability Test," 6/23/2005 | VP-CQ0012812-12850 | A | | | | |
| 114 | | VistaPrint Website Workflow | VP-CQ0012851-12883 | B | | | | |
| 115 | | Vistaprint presentation, "Upload Update for Quality Team," 01/24/2007 | VP-CQ0012913–13929 | A | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 116 | | VistaPrint presentation, "Upload Status" | VP-CQ0012939-12953 | B | | | | |
| 117 | | Vistaprint presentation, "Upload Quality Improvement Marketing Kick-Off" by Emily Myerson 07/24/2007 | VP-CQ0012970–12978 | A | | | | |
| 118 | | Vistaprint "Site Optimization Review Upload Quality Improvement" 7/2007 | VP-CQ0013609-13610 | B | | | | |
| 119 | | VistaPrint presentation, "Management Update for Board of Directors," 7/31/2003 | VP-CQ0020077-20224 | B | | | | |
| 120 | | Vistaprint presentation, "Monitor Group 2008 Strategy Off-site," 2/12-13/2007 | VP-CQ0024071-24102 | B | | | | |
| 121 | | Vistaprint presentation, "Start-up to $250m i.e. the warm up," by Wendy Cebula 10/04/2007 | VP-CQ0028352–28393 | A | | | | |
| 122 | | Vistawiki article, "LivePreview" | VP_CQ0034955-34960 | B | | | | |
| 123 | | Vistawiki article, "Upload relocation project" | VP_CQ0035049-35072 | B | | | | |
| 124 | | TechWiki article, "Upload" | VP_CQ0035139-35141 | A | | | | |
| 125 | | 8/26/2008 Email from Satish Pai to Susan DiTullio re: Career Progression Slide for Martijn Stevenson | VP_CQ0060424–60425 | A | | | | |
| 126 | | Total upload bookings for 2005 – April, May 2010 | VP-CQ0073537 | A | | | | |
| 127 | | Relationship Diagram (Liberman Exh. 23) | VP-CQ0073538-73539 | B | | | | |
| 128 | | Sales based data for 2005-2010 | VP-CQ0073560 | A | | | | |
| 129 | | Vistawiki article, "Studio" | VP-CQ0001019-1021 | A | | | | |
| 130 | | VistaPrint.com:  Leading the Way in Process Redesign E-Printing, July 2000 | VP-CQ0077639-77647 | B | | | | |
| 131 | | Vistawiki article, "Document XML" | VP_CQ0034901 | B | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 132 | | Release Notes V5-1 | VP-CQ0074257-74260 | B | | | | |
| 133 | | Envisa R5.0 Kickoff – Release 5.0 Kickoff Meeting 9/18 | VP_CQ0033201-33204 | B | | | | |
| 134 | | Vistawiki article, "Acrobat functionality" | VP-CQ0000266-267 | B | | | | |
| 135 | | Release 5 PAPICS Requirements | VP_CQ0033377-33379 | B | | | | |
| 136 | | Release 5 – Preliminary Product Specifications | VP_CQ0033015-33022 | B | | | | |
| 137 | | Vistawiki article, "DrawDocs" | VP-CQ0000219-220 | A | | | | |
| 138 | | VistaPrint PAPICS/IECapture, Martijn Stevenson 12/2005 | VP_CQ0060736-748 | B | | | | |
| 139 | | Vistawiki article, "PAPICS" | VP-CQ0000704-710 | A | | | | |
| 140 | | Vistawiki article, "Upload" | VP-CQ0001340-1347 | A | | | | |
| 141 | | Vistawiki article, "Advanced SSR studio" | VP-CQ0000734-735 | B | | | | |
| 142 | | Vistawiki article, "ImagePreview" | VP-CQ0000824-826 | B | | | | |
| 143 | | Vistawiki article, "PAPICS functionality" | VP-CQ0000586-587 | B | | | | |
| 144 | | Vistawiki article, "PAPICS image size validation" | VP-CQ0000324-325 | B | | | | |
| 145 | | Vistawiki article, "PAPICS functionality" | VP-CQ0000322-323 | B | | | | |
| 146 | | Customizing free business card – from VP website | VP-CQ0078115-78116 | B | | | | |
| 147 | | Adobe PostScript – Encapsulated PostScript File Format specification Ver. 3.0, 5/1/92 | VP-CQ0078130-78163 | B | | | | |
| 148 | | Updated Vistaprint Upload Bookings Data by Quarter, 1/1/2005 - 12/15/2010 | VP-CQ0073560-73561 | A | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 149 | | Vistaprint Spreadsheet re: Upload bookings | VP-CQ0073560-73562 | A | | | | |
| 150 | | Vistaprint spreadsheet re: competitors, native production - CD | VP-CQ0011727 | A | | | | |
| 151 | | 3/17/2003 press release, "New Vistaprint FamilyWeb Site Solves Consumers' Custom Printing Needs" | CQ009143-9144 | B | | | | |
| 152 | | Vistaprint Board of Directors Meeting, 9/25/2000 | VP-CQ0077561-77638 | A | | | | |
| 153 | | VistaPrint, Board of Directors Meeting, 1/30/2001 | VP-CQ0019611-19690 | B | | | | |
| 154 | | VistaPrint.com Technologies: Market Differentiators Technical and Market Analysis, July 7, 2000. | VP-CQ0077648-77663 | B | | | | |
| 155 | | Vistaprint software - Uploads.txt (Liberman Exh. 24) | VP-CQ0073536 | B | | | | |
| 156 | | Vistaprint software - Product.txt (Liberman Exh. 25) | VP-CQ0073536 | B | | | | |
| 157 | | Vistaprint software - Order.txt (Liberman Exh. 26) | VP-CQ0073536 | B | | | | |
| 158 | | Vistaprint software - item_id, alt_order_id, shopper_id_price_usd pf_id (Liberman Exh. 27) | VP-CQ0073536 | B | | | | |
| 159 | | Vistaprint Acceptable File Formats | VP-CQ0008733-8737 | A | | | | |
| 160 | | "VistaPrint.com Heuristic Evaluation – Upload Path," 01/19/2007 | VP-CQ0016399-16422 | B | | | | |
| 161 | | Vistawiki article, "PNG" | VP-CQ0000346-348 | B | | | | |
| 162 | | VistaPrint presentation, "Customer Research" | VP-CQ0026605-26615 | A | | | | |
| 163 | | Vistaprint spreadsheet, Upload Pro Path | VP_CQ0064250 | B | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 164 | | Vistawiki article, "DrawDocs2 project page" | VP_CQ0034902-34926 | A | | | | |
| 165 | | Vistawiki article, "DrawDocs process flow" | VP_CQ0034927-34928 | A | | | | |
| 166 | | 2/26/01 Email from Sebastien Coursol to allUS re: Version 5.1 on Production | COURSOL-0000056 | B | | | | |
| 167 | | 1/30/01 email from Sebastien Coursol to Jonathan Habeski, et al, re: PAPICS off and not rolling onto production | COURSOL-0000045 | B | | | | |
| 168 | | VistaPrint.com, "Site Visitor Survey," submitted by *MindSearch*, June 2000 | VP-CQ0025546-25625 | B | | | | |
| 169 | | Vistaprint "Business Identity Design Path Options" | VP-CQ0011285-11286 | A | | | | |
| 170 | | Vistaprint flowchart – Plant-Bermuda-Customers | VP_CQ0035035 | B | | | | |
| 171 | | Vistaprint flowchart – Plant-Bermuda-Customers | VP_CQ0035036 | B | | | | |
| 172 | | Vistawiki article, "Image Cropping" | VP_CQ0034934-34939 | A | | | | |
| 173 | | Vistawiki article, "Image rotation" | VP-CQ0000285 | A | | | | |
| 174 | | VistaPrint.com, "Light Studio-Requirements Definition," by Sebastien Coursol, 8/14/2001 | VP-CQ0073743-73750 | B | | | | |
| 175 | | Vistaprint flowchart – PAPICS GP Monitor | VP_CQ0061696 | B | | | | |
| 176 | | Vistaprint "Release Notes V5.41 – Bridge," introducing Bug Fixes, Enhancements, Database Modifications, and INI FILE changes | VP-CQ0077321 | B | | | | |
| 177 | | Vistaprint "Release Notes V5.5 – Bridge," introducing Bug Fixes, and INI FILES changes | VP-CQ0077336 | B | | | | |
| 178 | | Vistawiki article, "Studio development log" | VP-CQ0000965 | B | | | | |
| 179 | | Vistawiki article, "Studio feature usage analysis" | VP-CQ0000977 | B | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 180 | | Vistawiki article, "Studio image rotation" | VP-CQ0000994 | A | | | | |
| 181 | | Vistaprint "Tote Bags – Order Path Overview" | VP-CQ0001795-1845 | B | | | | |
| 182 | | Vistawiki article, "Transformation matrix" | VP-CQ0000395 | A | | | | |
| 183 | | Vistaprint "Competitive Summary July 2009" | VP_CQ0069524-69555 | A | | | | |
| 184 | | 10/23/2000 Email chain to/from Erik Robertson and Sebastien Coursol re: Papics | COURSOL-0000031-32 | B | | | | |
| 185 | | 12/23/2010 Email chain to/from Sebastien Coursol and Brian Wikner re: preparation of demonstrative video | COURSOL-0000074-78 | A | | | | |
| 186 | | 12/28/2010 Email chain to/from Sebastien Coursol and Brian Wikner re: VistaStudio 5.1 Demo Videos | COURSOL-0000080-83 | A | | | | |
| 187 | | 12/28/2010 Email from Sebastien Coursol to Brian Wikner re: updated VistaStudio 5.1 demo Video | COURSOL-0000084 | A | | | | |
| 188 | | 12/28/2010 Email chain to/from Brian Wikner and Sebastien Coursol re: VistaStudio 5.1 Demo Videos. | COURSOL-0000085-88 | A | | | | |
| 189 | | 12/28/2010 Email chain to/from Brian Wikner and Sebastien Coursol re: Video of demo | COURSOL-0000089-92 | A | | | | |
| 190 | | Vistaprint N.V. Form S-1/A, filed 9/13/2006 | VP-CQ0031100-31286 | B | | | | |
| 191 | | Vistaprint N.V. 10-K for year end 6/30/2006 | VP-CQ0031287-31388 | A | | | | |
| 192 | | Vistaprint N.V. 10-K for year end 6/30/2007 | VP-CQ0031389-31504 | A | | | | |
| 193 | | Vistaprint N.V. 10-K for year end 6/30/2008 | VP-CQ0031505-31613 | A | | | | |
| 194 | | Vistaprint N.V. 10-K for year end 6/30/2009 | VP-CQ0079350-79463 | A | | | | |
| 195 | | Vistaprint N.V. 10-K for year end 6/30/2010 | VP-CQ0079464-79572 | A | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 196 | | Vistaprint draft version Annual Operating Plan Fiscal Year 2008 | VP-CQ0024135–24240 | A | | | | |
| 197 | | VistaPrint presentation, "Canaccord Adams 28th Annual Growth Conference" | VP-CQ0003488-3529 | B | | | | |
| 198 | | Vistaprint "Q4 and Fiscal Year 2008 Earnings Presentation," 7/31/2008 | VP-CQ0003530-3571 | B | | | | |
| 199 | | Barrington Research Report re: VistaPrint, 10/28/2009 | VP-CQ0003581-3613 | A | | | | |
| 200 | | Bear Stearns report re: VistaPrint Ltd., "A Paradigm Shift in Printing," 11/16/2005 | VP-CQ0003614-3665 | B | | | | |
| 201 | | SG Cowen & Co. report re: VistaPrint, "Exciting Story in Boring Industry," 11/9/2005 | VP-CQ0003696-3718 | B | | | | |
| 202 | | Agreement between MapQuest, Inc. and VistaPrint Limited, 3/7/2008 | VP-CQ0073540-73554 | B | | | | |
| 203 | | 9/22/2009 Amendment No. 1 to the 3/7/2008 MapQuest Advantage API Agreement with VistaPrint Limited | VP-CQ0073555-73556 | B | | | | |
| 204 | | 2/24/2010 Amendment No. 2 to the 3/7/2008 MapQuest Platform: Enterprise Edition Agreement with VistaPrint Limited | VP-CQ0073557-73559 | B | | | | |
| 205 | | 10/20/2010 Patent License & Settlement Agreement between Soverain Software LLC and Vistaprint, N.V. | VP-CQ0079740-79750 | A | | | | |
| 206 | | William Blair & Company report re: Vistaprint Limited, 2/23/2006 | VP-CQ0078469-78494 | B | | | | |
| 207 | | Purchase and Sale Agreement between VistaPrint Technologies and Beta Consulting, 04-02-2004 | VP-CQ0074695-74699 | A | | | | |
| 208 | | Vistaprint Summary of Revenue Spreadsheet, native file - CD | VP-CQ0007705 | B | | | | |
| 209 | | OfficeMax Design & Print Center User Guide | OMX0001719-1780 | A | | | | |
| 210 | | American Printer article, "OfficeMax Launches ImPress," 1/16/ 2007 | CQ007804 | A | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 211 | | OfficeMax Incorporated 10-K, 12/30/2005 year end | VP-CQ0079090-79223 | A | | | | |
| 212 | | OfficeMax Incorporated 10-K, 12/30/2006 year end | CQ007278-7402 | A | | | | |
| 213 | | OfficeMax Incorporated 10-K, 12/29/2007 year end | CQ007403-7539 | A | | | | |
| 214 | | OfficeMax Inc. Form 10-K for year end 12/27/2008 | CQ007540-7669 | A | | | | |
| 215 | | OfficeMax Incorporated 10-K, 12/26/2009 year end | CQ007670-7803 | A | | | | |
| 216 | | OfficeMax Incorporated 10-Q, quarterly period end 6/26/2010 | CQ009351-9392 | A | | | | |
| 217 | | PR Newswire article, "OfficeMax Introduces a New Suite of Design Services through OfficeMax ImPress," 9/27/ 2007 | CQ007932-7933 | A | | | | |
| 218 | | Strategic Marketing Agreement between VistaPrint USA, Inc. and OfficeMax Incorporated, 3/6/2009 | OMX0000001-29 | A | | | | |
| 219 | | Mutual Confidentiality Agreement between OfficeMax, Inc. and Vistaprint, 5/11/2005 | OMX0000030-33 | B | | | | |
| 220 | | Professional Services Agreement between OfficeMax North America, Inc. and VistaPrint Limited, 1/16/2006 | OMX0000034-55 | B | | | | |
| 221 | | Strategic Partnership Agreement between OfficeMax North America, Inc. and VistaPrint Limited, 5/2007 | OMX0000094-129 | B | | | | |
| 222 | | Amended and Restated Strategic Partnership Agreement between OfficeMax North America, Inc. and VistaPrint Limited, 6/24/2008 | OMX0000472-505 | B | | | | |
| 223 | | CV of Ping Wah Wong | N/A | A | | | | |
| 224 | | CV of Alan Ratliff, CPA-CFF-MPA-JD | N/A | A | | | | |
| 225 | | Exhibits and Workpapers to the Rule 26 Expert Report of Alan Ratliff, 12/10/2010 | N/A | A | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 226 | | Supplemental Exhibits and Workpapers to the Rule 26 Rebuttal & Supplemental Report of Alan Ratliff, 2/17/2011 | N/A | A | | | | |
| 227 | | Settlement and License Agreement between ColorQuick, LLC and Eastman Kodak Company, 7/23/2008 | CQ005836-5845 | A | | | | |
| 228 | | Quick Printing article, "Automate Your Workflow," by John Giles, 7/1/2008 | CQ007256-7257 | A | | | | |
| 229 | | "Industry Royalty Rate Summary," Licensing Economics Review (December 2005) | CQ007260-7262 | A | | | | |
| 230 | | "A Survey of Licensed Royalties," by Stephen A. Degnan et al, les Nouvelles (June 1997) | CQ007263-7268 | A | | | | |
| 231 | | "Changes in U.S. Patent Licensing Over the Past Twenty Years," by Dr. Stephen A. Degnan, et al, les Nouvelles March 2006 | CQ007269-7275 | A | | | | |
| 232 | | Excerpt from Litigation Services Handbook, from Section 22.6 Reasonable Royalty (Wiley 2007) | CQ007276-7277 | A | | | | |
| 233 | | Printcafe Software Inc. Form 10-K for the period ended December 31, 2002 | CQ007805-7931 | A | | | | |
| 234 | | Quick Printing article, "Prepress takes the lead," by John Giles, 10/1/2007 | CQ007934-7937 | A | | | | |
| 235 | | "Perspective: The most powerful Internet metric of all," by J. William Gurley, 2/21/2000 | CQ007938-7944 | A | | | | |
| 236 | | "Risky Business: Overlooking Patents as Financial Assets," by James E. Malackowski, Chapter 6 from *Making Innovation Pay,* by Bruce Berman, 2006. | CQ009487-9504 | A | | | | |
| 237 | | AICPA Practice Aid,  "Calculating Intellectual Property Infringement Damages," 06/2001 | CQ009393-9441 | A | | | | |
| 238 | | "CEEM Royalty Rate and Deal Term Survey," LES, September 2010 | CQ009158-9290 | A | | | | |
| 239 | | "Use of the 25% Rule In Valuing IP," by Robert Goldscheider, *les Nouvelles,* December 2002 | CQ009291-9350 | A | | | | |
| 240 | | "Where have all the dot-coms gone?" Print E-Business Report, July 2001 | VP-CQ0025351-25354 | B | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 241 | | Biography of Jablon from Panitch Schwarze Belisario & Nadel LLP website (Jablon Exh. 1) | N/A | B | | | | |
| 242 | | Manual of Patent Examining Procedure excerpt, Chapter 701-702, 708.02-708.03, 709 (Jablon Exh. 5) | N/A | B | | | | |
| 243 | | CFR 37 (Jablon Exh. 6) | N/A | B | | | | |
| 244 | | Expert Report of David L. Zwang Regarding the Invalidity of U.S. Patent No. 6,839,149 and Appendices, December 10, 2010 | N/A | I | | | | |
| 245 | | Rebuttal Expert Report of David L. Zwang Regarding the Non-Infringement of U.S. Patent No. 6,839,149, with Exhibits and Appendices, December 30, 2010 | N/A | I | | | | |
| 246 | | Declaration of David L. Zwang in Support of Defendant Vistaprint's Oppositions to ColorQuick, L.L.C.'s Motion for Partial Summary Judgment of Validity; Motion to Strike, In Part, the Opinions of David L. Zwang on Invalidity; and *Daubert* Motion to Strike Portions of the Invalidity Opinion of David Zwang (Dkt. 148) | N/A | I | | | | |
| 247 | | Rebuttal Expert Report Regarding Damages of W. Christopher Bakewell, December 30, 2010 with Attachments | N/A | I | | | | |
| 248 | | Supplemental Expert Report Regarding Damages of W. Christopher Bakewell, March 3, 2011, with supplemental Exhibits, supplemental Attachment C, and Declaration of Amembal Satish Pai, February 21, 2011 | N/A | I | | | | |
| 249 | | "Valuation of Patents: Legislative and Judicial Developments on Damages in Infringement Cases," by Christopher W. Bakewell, The Examiner, May/June 2009 | CQ009442-9481 | I | | | | |
| 250 | | "A Step Forward For the Valuation Community, SFAS 157 And Fair Value Measurements: An Important New Standard in the Valuation of Assets for Financial Reporting," by Chris Bakewell, et al, *les Nouvelles*, June 2007 | CQ009482-9486 | I | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 251 | | Defendant Vistaprint's Objections and Responses to Colorquick's First Set of Interrogatories (Nos. 1-4), May 24, 2010 | N/A | I | | | | |
| 252 | | Declaration of Sebastien Coursol In Support of Vistaprint Limited's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,839,149, with exhibits (Dkt. 135) | N/A | I | | | | |
| 253 | | Declaration of Sebastien Coursol in Support of Defendant Vistaprint's Oppositions to ColorQuick, L.L.C.'s Motion for Partial Summary Judgment on Defendant's Vistaprint.com Invalidity Defense; Motion to Strike, In Part, the Opinions of David L. Zwang on Invalidity; and *Daubert* Motion to Strike Portions of the Invalidity Opinion of David Zwang (Dkt. 147) | N/A | I | | | | |
| 254 | | Declaration of Sven Ripper In Support of Vistaprint Limited's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,839,149, with exhibits (Dkt. 135) | N/A | I | | | | |
| 255 | | Declaration of Martijn Stevenson in Support of Defendant Vistaprint Limited's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,839,149, with exhibits (Dkt. 136) SEALED | N/A | I | | | | |
| 256 | | Declaration of Martijn Stevenson in Support of Defendant Vistaprint Limited's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,829,149, with exhibits (Dkt. 132) SEALED | N/A | I | | | | |
| 257 | | Declaration of Anatoliy Tsykora in Support of Defendant Vistaprint Limited's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,829,149, with exhibit (Dkt. 132) SEALED | N/A | I | | | | |
| 258 | | Defendant Vistaprint's Objections and First Supplemental Responses to ColorQuick's First Set of Interrogatories (Nos. 1-3), 6/28/2010 | N/A | I | | | | |
| 259 | | Defendant Vistaprint's Objections and Supplemental Responses to ColorQuick's First Set of Interrogatories (Nos. 1 and 4), 1/24/2011 | N/A | I | | | | |
| 260 | | Defendant Vistaprint's Objections and Responses to ColorQuick's Second Set of Interrogatories (Nos. 5-7), 8/16/2010 | N/A | I | | | | |

| PLTF EXH. NO. | DFT EXH NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|---|
| 261 | | Defendant Vistaprint's Responses and Objections to ColorQuick's Third Set of Interrogatories (8-14), 11/8/2010 | N/A | I | | | | |
| 262 | | Defendant Vistaprint's First Supplemental Responses and Objections to ColorQuick's Third Set of Interrogatories (8-14), 11/17/2010 | N/A | I | | | | |
| 263 | | Vistaprint Limited's Responses to Plaintiff ColorQuick's First Set of Request for Admissions, 11/8/2010 | N/A | I | | | | |
| 264 | | Vistaprint Limited's Response to Third Set of Requests for Admission, 1/24/2011 | N/A | I | | | | |
| 265 | | Defendant Vistaprint's Answer and Counterclaims to ColorQuick's Complaint for Patent Infringement (Dkt 22), 11/4/2009 | N/A | I | | | | |
| 266 | | Defendant Vistaprint's Answer and Counterclaims to ColorQuick's First Amended Complaint for Patent Infringement (Dkt 112), 11/11/2010 | N/A | I | | | | |
| 267 | | Defendants' Joint P.R. 3-3 Invalidity Contentions, with Appendices A-R, 3/22/2010 | N/A | I | | | | |
| 268 | | Defendant Vistaprint's Initial Disclosures, 2/17/2010 | N/A | I | | | | |
| 269 | | Defendant Vistaprint's First Amended Initial Disclosures, 6/28/2010 | N/A | I | | | | |
| 270 | | Defendant Vistaprint's Second Amended Initial Disclosures, 12/30/2010 | N/A | I | | | | |