IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COLORQUICK, L.L.C., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:09cv323 LED-JDL |
| VISTAPRINT LIMITED and OFFICEMAX INCORPORATED, | § § § § | JURY DEMANDED |
| Defendants. | § § § | |

## ORDER

Before the Court is Colorquick, L.L.C.'s ("Colorquick") Motion to Strike, in Part, the Opinions of David L. Zwang on the Purported Invalidity of U.S. Patent No. 6,839,149 (Doc. No. 137) and Colorquick's *Daubert* Motion to Strike Portions of the Invalidity Opinion of David L. Zwang (Doc. No. 138). Upon consideration of the parties' arguments, the motions are **DENIED**.

**So ORDERED and SIGNED this 16th day of May, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE