IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COLORQUICK, L.L.C., | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 6:09cv323 LED-JDL |
| VISTAPRINT LIMITED and OFFICEMAX INCORPORATED, | § § § | JURY DEMANDED |
| Defendants. | § § § | |

## ORDER

Before the Court is Plaintiff Colorquick, L.L.C.'s ("Colorquick") Motion to Strike Improper Summary Judgment Evidence (Doc. No. 151). Vistaprint Limited ("Vistaprint") has filed a response (Doc. No. 168), to which Colorquick replied (Doc. No. 175). Upon consideration of the parties' arguments, the Motion to Strike is **DENIED**.

**So ORDERED and SIGNED this 16th day of May, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE