**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **COLORQUICK, L.L.C.,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | CASE NO. 6:09cv323 LED-JDL | |
| § | | |
| **VISTAPRINT LIMITED and** § | JURY DEMANDED | |
| **OFFICEMAX INCORPORATED,** § | | |
| § | | |
| Defendants. § | | |
| § | | |

## ORDER

Before the Court is Vistaprint Limited's ("Vistaprint") Motion for Reconsideration (Doc. No. 211), Motion for Leave to File Motion for Summary Judgment of Non-Infringement Under the Doctrine of Equivalents (Doc. No. 212), Motion to Expedite Time to Respond to Motion for Leave (Doc. No. 213) and Motion to Expedite Time to Respond to Objections (Doc. No. 214). The Court **ORDERS** as follows:

- Colorquick, L.L.C. ("Colorquick") shall file a response to Vistaprint's Motion for Reconsideration (Doc. No. 211) by June 3, 2011.

- Vistaprint's Motion for Leave to File Motion for Summary Judgment of Non-Infringement Under the Doctrine of Equivalents (Doc. No. 212) is **DENIED**. Because Colorquick has already responded (Doc. No. 215), the Motion to Expedite Time to Respond to Motion for Leave (Doc. No. 213) is **DENIED** as **MOOT**.

- Vistaprint's Motion to Expedite Time to Respond to Objections (Doc. No. 214) is

**GRANTED**.  Colorquick shall respond no later than June 3, 2011.

**So ORDERED and SIGNED this 31st day of May, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE