IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

COLORQUICK, L.L.C.,

PLAINTIFF,

v.

VISTAPRINT LIMITED and OFFICEMAX INCORPORATED,

DEFENDANTS.

Civil Action No. 6:09-CV-323-LED

**JURY**

**VISTAPRINT'S THIRD AMENDED TRIAL EXHIBIT LIST**

| Presiding Judge:<br>**LEONARD DAVIS** | Plaintiff's Attorney(s):<br>**Patrick Conroy** | Defendant's Attorneys:<br>**Thomas J. Friel<br>Christopher C. Campbell<br>Matthew P. Gubiotti<br>Brian P. Wikner<br>Charles Ainsworth** |
|---|---|---|
| Jury Trial Date:<br>**June 13, 2011** | Court Reporter: | Courtroom Deputy: Rosa Ferguson |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential*
*** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment**

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/04/05 | U.S. Patent 6,839,149 titled "Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File" issued to J. Herr | CQ001654-1686 | | A | | | | | | |
| 2 | | Appendix to '149 Patent | CQ001748-1885 | HC | B | | | | | | |
| 3 | | File History of U.S. Patent 6,839,149 | CQ001467-1653 | | B | | | | | | |
| 4 | 11/23/00 | PCT Application WO 00/70436 titled "Interactive Print Job Display System and Method" issued to M. Chase et al. | VP_OMX00064-88 | | B | | | | | | |
| 5 | 03/04/03 | U.S. Patent 6,529,214 titled "Interactive Print Job Display System and Method" issued to M. Chase et al. | VP-OMX00089-99 | | B | | | | | | |
| 6 | 11/20/07 | U.S. Patent 7,298,516 titled "Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File" issued to J. Herr | VP-CQ0080068 - 100 | | C | | | | | | |
| 7 | | File History of U.S. Patent 7,298,516 | VP-CQ0080101-351 | | C | | | | | | |
| 8 | 09/05/07 | Assignment of '149 Patent from Herr to ColorQuick | CQ001691-1692 | | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | | Inventor's Notebook | CQ002311-2393 | HC | C | | | | | | |
| 10 | 02/22/02 | Email from J. Herr to D. Weissman re "get patent application done today" | CQ003103-3104 | HC | C | | | | | | |
| 11 | 12/18/01 | Handwritten Notes | CQ005076-5081 | HC | C | | | | | | |
| 12 | 02/22/02 | Draft QuickFit Patent Application: Source Code | CQ000985-1041 | HC | B | | | | | | |
| 13 | 04/27/10 | U.S. Patent 7,706,016 titled "Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File" issued to J. Herr | VP-CQ0080352-384 | | C | | | | | | |
| 14 | | File History of U.S. Patent 7,706,016 | VP-CQ0080385-513 | | C | | | | | | |
| 15 | 08/26/10 | U.S. Patent Application Publication 2010/0214612 titled "Computer Program Product for Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File" issued to J. Herr | VP-CQ0080514-545 | | C | | | | | | |
| 16 | 12/25/08 | U.S. Patent Application Publication 2008/0320385 titled "Graphical Object Insertion During Preparation of | VP-CQ0080546-603 | | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File" issued to D. Freiman et al. | | | | | | | | | |
| 17 | 10/22/09 | U.S. Patent Application Publication 2009/0265382 titled "Method and Apparatus for Sending Messages on Behalf of Dead Persons to Live Recipients" issued to D. Freiman et al. | VP-CQ0080604-624 | | C | | | | | | |
| 18 | 10/05/04 | U.S. Patent 6,801,333 titled "Automated System for Comparing a Job Quote for a Print Job with Production Data for an Actual Print Job" issued to M. Weiss | VP-CQ0080625-650 | | C | | | | | | |
| 19 | | Presentation "Introduction to the magSend Service" | CQ000004-38 | HC | C | | | | | | |
| 20 | | magSend Users' Guide | CQ000118-149 | C | C | | | | | | |
| 21 | | ColorQuick Business Plan – Concept Draft #3 | CQ-E00032 | | C | | | | | | |
| 22 | | ColorQuick.com LLC Executive Summary | CQ003880-3903 | HC | C | | | | | | |
| 23 | 07/23/02 | magSend Business Plan – Draft | CQ005136-5183 | HC | C | | | | | | |
| 24 | 10/14/04 | Major Issues facing ColorQuick.com | CQ004642 | HC | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | LLC | | | | | | | | | |
| 25 | | ColorQuick Business Plan 2005 | CQ-E03720 | | C | | | | | | |
| 26 | 12/31/02 | ColorQuick Balance Sheet – as of Dec. 31, 2002 incl. 2002 Tax Returns | CQ005718-5730 | HC | B | | | | | | |
| 27 | 12/31/03 | ColorQuick Balance Sheet – as of Dec. 31, 2003 incl. 2003 Tax Returns | CQ005731-5747 | HC | B | | | | | | |
| 28 | 12/31/04 | ColorQuick Balance Sheet – as of Dec. 31, 2004 incl. 2004 Tax Returns | CQ005748-5765 | HC | B | | | | | | |
| 29 | 12/31/05 | ColorQuick Balance Sheet – as of Dec. 31, 2005 incl. 2005 Tax Returns | CQ005766-5782 | HC | B | | | | | | |
| 30 | 12/31/06 | ColorQuick Balance Sheet – as of Dec. 31, 2006 incl. 2006 Tax Returns | CQ005783-5798 | HC | B | | | | | | |
| 31 | 12/31/07 | ColorQuick Balance Sheet – as of Dec. 31, 2007 incl. 2007 Tax Returns | CQ005799-5814 | HC | B | | | | | | |
| 32 | 12/31/08 | ColorQuick Balance Sheet – as of Dec. 31, 2008 incl. 2008 Tax Returns | CQ005815-5831 | HC | B | | | | | | |
| 33 | 12/31/09 | ColorQuick Balance Sheet – as of Dec. 31, 2009 | CQ005832-5835 | HC | B | | | | | | |
| 34 | 11/20/08 | Email from S. Richman to M. Weiss re Intellectual Ventures | CQ007176 | C | B | | | | | | |
| 35 | 11/20/08 | Notes re conversation with S. Richman regarding sale of patents | CQ007177 | C | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential*
*\*\* Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment*

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | 01/13/09 | Emails b/t M. Weiss and S. Richman re information for valuation of patents | CQ007178 | C | B | | | | | | |
| 37 | | ColorQuick's magSend Veroproof Workstream | CQ007179-96 | C | C | | | | | | |
| 38 | | Document titled "Questions for ColorQuick" | CQ007197 | C | C | | | | | | |
| 39 | 11/00/04 | ColorQuick.com November 2004 Update magSend Veroproof Workstream | CQ004617-28 | HC | C | | | | | | |
| 40 | | File History for U.S. Patent App'n 11/726,636 | VP-CQ0080651-779 | | C | | | | | | |
| 41 | 04/06/04 | U.S. Patent 6,717,686 titled "Electronic Printing System and Method" issued to R. Farros et al. | VP_OMX00145-171 | | B | | | | | | |
| 42 | 11/18/03 | U.S. Patent 6,650,433 titled "Managing Print Jobs" issued to R. Keane et al. | VP-CQ0074775-74819; VP_OMX00100-144 | | A | | | | | | |
| 43 | 02/18/03 | U.S. Patent 6,522,418 titled "Method of and System for Editing Images" issued to Y. Yokomizo | VP_OMX00297-323 | | B | | | | | | |
| 44 | 01/08/10 | Plaintiff's Disclosures Under P.R. 3-1 | N/A | | I | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | and 3-2 | | | | | | | | | |
| 45 | 09/17/10 | ColorQuick's Objections and Responses to Vistaprint's First Set of Interrogatories (Nos. 1-13) | N/A | | I | | | | | | |
| 46 | | Acrobat functionality, VistaWiki Articles | VP-CQ0000001-157 | HC | B | | | | | | |
| 47 | | PAPICS / IECapture Presentation by M. Stevenson | VP-CQ0035374-35386 | HC | B | | | | | | |
| 48 | | TechWiki webpage re Upload | VP-CQ0035139-35141 | HC | B | | | | | | |
| 49 | | Upload relocation project, VistaWiki Article | VP-CQ0035049-35072 | HC | B | | | | | | |
| 50 | | Old Studio, VistaWiki Article | VP-CQ0000478-482 | HC | A | | | | | | |
| 51 | | LivePreview, VistaWiki Article | VP-CQ0034955-34960; VP-CQ0000295- | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 300 | | | | | | | | |
| 52 | 04/20/07 | Site Experience & Merchandising Presentation by J. Marcus | VP-CQ0007449-7465 | HC | C | | | | | | |
| 53 | | Design Center talking points | VP-CQ0003233-3234 | HC | C | | | | | | |
| 54 | 02/00/07 | Project Brief – Full Upload Path Improvements | VP-CQ0008714-8721 | HC | C | | | | | | |
| 55 | 06/00/07 | Analytics Review – Full Upload Path by P. Liberman | VP-CQ0012990-12992 | HC | B | | | | | | |
| 56 | 07/24/07 | Upload Quality Improvement Marketing Kick-Off Presentation by E. Myerson | VP-CQ0012970-12978 | HC | C | | | | | | |
| 57 | | 28th Annual Growth Conference Presentation by H. Grewal | VP-CQ0003488-3529 | HC | C | | | | | | |
| 58 | | Vistaprint Final Presentation to Molecular | VP-CQ0012660-12726 | HC | C | | | | | | |
| 59 | | Total Upload Bookings from January | VP- | HC | A | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2005 through May 2010 | CQ0073537 | | | | | | | | |
| 60 | | Upload Stats from January 2005 through May 2010 | VP-CQ0073560 | HC | A | | | | | | |
| 61 | | Upload Stats from January 2005 through December 2010 | VP-CQ0073560-1 | HC | A | | | | | | |
| 62 | | Upload Stats from January 2005 through December 2011 (revised) | VP-CQ0073560-2 | HC | A | | | | | | |
| 63 | 03/02/00 | VistaStudio Application Suite v1.0 – DevGuide by S. Coursol | VP-CQ0034020-34116 | HC | A | | | | | | |
| 64 | 04/02/07 | Content & Studio Presentation by L. Eilers | VP-CQ0028394-28402 | HC | B | | | | | | |
| 65 | | TechWiki webpage re Inline Cropping | VP-CQ0018440-18441 | HC | B | | | | | | |
| 66 | | Uploading Custom Documents to Vistaprint – Customer Care Training 2002 | VP-CQ0027570-27602 | HC | B | | | | | | |
| 67 | 01/31/06 | U.S. Patent 6,993,209 titled "Low Resolution-to-High Resolution Image Correlation" issued to A. Schowtka et al. | VP_OMX00457-469; VP-CQ0081000-13 | | C | | | | | | |
| 68 | | List of Acceptable File Formats and | VP- | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | definitions for various industry terminology | CQ0008733-8737 |  |  |  |  |  |  |  |  |
| 69 |  | VistaStudio Presentation by T. Notosoehardjo | VP-CQ0034197-34214 | HC | B |  |  |  |  |  |  |
| 70 |  | Release 5 – Preliminary Product Specifications | VP-CQ0074126-74134 | HC | B |  |  |  |  |  |  |
| 71 | 10/24/00 | Release 5 – PAPICS Requirements by E. Robertson | VP-CQ0074166-74168; VP-CQ0033377-79 | HC | A |  |  |  |  |  |  |
| 72 |  | Release 5 – PAPICS Technical Design by E. Robertson | VP-CQ0074169-74182; VP-CQ0033380-93 | HC | A |  |  |  |  |  |  |
| 73 |  | DrawDocs 2.0, VistaWiki Article | VP-CQ0000038-39 | HC | B |  |  |  |  |  |  |
| 74 | 01/19/07 | Vistaprint.com Heuristic Evaluation – Upload Path | VP-CQ0016399-16422 | HC | C |  |  |  |  |  |  |
| 75 |  | Unified Rendering Pipeline, VistaWiki | VP- | HC | B |  |  |  |  |  |  |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Article | CQ0000156-157 | | | | | | | | |
| 76 | | DrawDocs 2.0 Project Page, VistaWiki Article | VP-CQ0034902-34926 | HC | B | | | | | | |
| 77 | | DrawDocs Process Flow, VistaWiki Article | VP-CQ0034927-34928 | HC | B | | | | | | |
| 78 | 01/03/08 | Website Paths and Areas of Customer Experience Presentation by A. FitzGerald | VP-CQ0002246-2286 | HC | C | | | | | | |
| 79 | | Upload Supported File Type | VP-CQ0000398-400 | HC | B | | | | | | |
| 80 | | Portable Network Graphics (PNG) , VistaWiki Article | VP-CQ0000346-348 | HC | C | | | | | | |
| 81 | | Advanced SSR Studio, VistaWiki Article | VP-CQ0034864-34865; VP-CQ0000734-35 | C | B | | | | | | |
| 82 | | DrawDocs, VistaWiki Article | VP-CQ0000219- | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 220 | | | | | | | | |
| 83 | | PAPICS Functionality, VistaWiki Article | VP-CQ0000322-323 | HC | B | | | | | | |
| 84 | 12/10/10 | Expert Report of David Zwang Regarding the Invalidity of U.S. Patent 6,839,149 and Exhibits | N/A | | B | | | IO | | | |
| 85 | | XML document | VP-CQ0077766-77767 | | B | | | | | | |
| 86 | 07/00/00 | Static page "vistabridge_overview.asp" (Source Code) | VP-CQSC0000017-19 | | A | | | | | | |
| 87 | 06/00/00 | Static page "vistastudio.asp" (Source Code) | VP-CQSC0000020-23 | | A | | | | | | |
| 88 | | vpdocfactory.js (Javascript (Source Code)) | VP-CQSC0000027-30 | | B | | | | | | |
| 89 | 02/26/01 | Email from S. Coursol to "all US" re version 5.1 on production | COURSOL0000056 | HC | A | | | | | | |
| 90 | 01/30/01 | Email from S. Coursol to J. Habeski, A. Schowtka, E. Pizzuto, M. Frommelt, A. Tyskora, R. Cedano, S. Ripper and T. | COURSOL0000045 | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | Shanler re PAPICS off and not rolling right onto production |  |  |  |  |  |  |  |  |  |
| 91 |  | Video file created from VistaStudio 5.1 that demonstrates the functionality of the application | VP-CQ 0078118 |  | A |  |  | DE, FIT, 901, 403, 1002, 1006, F, 801, 802, 701, 702, 703 |  |  |  |
| 92 |  | Video file created from VistaStudio 5.1 that demonstrates the functionality of the application | VP-CQ 0078119 |  | A |  |  | DE, FIT, 901, 403, 1002, 1006, F, 801, 802, 701, 702, 703 |  |  |  |
| 93 |  | Video file created from VistaStudio 5.1 that demonstrates the functionality of the application | VP-CQ 0078120 |  | A |  |  | DE, FIT, 901, 403, 1002, 1006, F, 801, 802, 701, 702, 703 |  |  |  |
| 94 |  | Image of computer desktop:   Working Release 5.1 demo | VP-CQ0100000 |  | A |  |  | DE, FIT, 901, 403, 1002, 1006, F, 801, 802, 701, 702, |  |  |  |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential*
*\*\* Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment*

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 703 | | | |
| 95 | | Document XML | VP-CQ0034901 | HC | B | | | | | | |
| 96 | | XML – 11/7/99 | VP-CQ0077004 | | | | | | | | |
| 97 | | Release Notes v. 5.1 | VP-CQ0074257-260 | HC | B | | | | | | |
| 98 | | Board of Directors Presentation (May 2001) | VP-CQ0077357-426 | HC | C | | | | | | |
| 99 | | Release 5.0 Kickoff Meeting 9/18 (2000) | VP-CQ0033201-204 | HC | C | | | | | | |
| 100 | | RAXER, VistaWiki Article | VP-CQ0000480 | HC | B | | | | | | |
| 101 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 102 | | TSARSUP Requirements Definition Bridge Application Framework Module | VP-CQ0073785-93 | HC | C | | | 402, 403 | | | |
| 103 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 104 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 105 | | PAPICS / IECapture Presentation | VP_CQ- | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0060736-48 | | | | | | | | |
| 106 | | PAPICS Build, Deployment, Startup and Minimal Test Operation | VP-CQ0073682-93 | HC | B | | | | | | |
| 107 | | Screen shots | VP-CQ0077354-55 | | C | | | 901, 403, 1002, F | | | |
| 108 | | DrawDoc | VP-CQ0077738-39 | HC | C | | | 901, 403, UK | | | |
| 109 | | IECapture, VistaWiki Article | VP-CQ0000266-67 | HC | C | | | | | | |
| 110 | | Photoshop in Production, VistaWiki Article | VP-CQ0000499-501 | HC | B | | | | | | |
| 111 | | PAPICS, VistaWiki Article | VP-CQ0000704-10 | HC | B | | | | | | |
| 112 | | ImagePreview, VistaWiki Article | VP-CQ0000824-26 | HC | B | | | | | | |
| 113 | | List of Website Function Points that Involve Rendering | VP-CQ0000698-702 | HC | C | | | | | | |
| 114 | | PAPICS image size validation, VistaWiki Article | VP-CQ0000324-25 | HC | B | | | | | | |
| 115 | | Vistaprint website screenshots | VP-CQ0078115-16 | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | 05/01/92 | Encapsulated PostScript File Format Specification | VP-CQ0078130-63 | HC | C | | | | | | |
| 117 | 12/26/00 | U.S. Patent No. 6,167,441 | VP-CQ0079688-99 | | C | | | | | | |
| 118 | 12/05/02 | U.S. Patent App'n Publ'n No. US2002/0180770 | VP-CQ0079700-16 | | C | | | | | | |
| 119 | 03/20/03 | U.S. Patent App'n Publ'n No. US2003/0055850 | VP-CQ0079717-28 | | C | | | | | | |
| 120 | 10/14/04 | U.S. Patent App'n Publ'n No. US2004/0205496 | VP-CQ0079729-39 | | C | | | | | | |
| 121 | 12/10/10 | Wong Infringement Report and Exhibits | N/A | HC | I | | | | | | |
| 122 | 12/10/10 | Expert Report of Alan Ratliff on Damages and Exhibits | N/A | HC | I | | | | | | |
| 123 | 02/17/11 | Ratliff Supplemental Rebuttal Report and Exhibits | N/A | HC | I | | | | | | |
| 124 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 125 | 02/17/11 | Supplemental Expert Report of Ping Wah Wong, Ph.D. on Defendants Vistaprint and Officemax's Infringement of U.S. Patent No. 6,839,149 and Exhibits | N/A | HC | I | | | | | | |
| 126 | 12/30/10 | Expert Report Of Ping Wah Wong, Ph.D., Rebutting Dr. David L. Zwang's | N/A | HC | I | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Report regarding the Invalidity Of U.S. Patent No. 6,849,149 and Exhibits | | | | | | | | | |
| 127 | 10/31/00 | Press Release – Vistaprint.com Shatters 50,000 Paid Customer Mark | VP-CQ0080780 | | A | | | | | | |
| 128 | 01/24/11 | Plaintiff Colorquick LLC's First Amended Objections and Responses to Defendant Vistaprint Limited's First Set of Interrogatories (Nos. 1-13) | N/A | | I | | | | | | |
| 129 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 130 | 04/16/08 | Plaintiff Colorquick, LLC's Opening Claim Construction Brief | N/A | | I | | | | | | |
| 131 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 132 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 133 | 07/24/03 | U.S. Patent App'n No. 2003/0140315 A1 (Blumberg et al.) | VP-CQ0073951-70 | | B | | | | | | |
| 134 | 1995 | Apple Computer, Inc., *OPI White Paper* (1995) | FXO_PA_001 215-55 | | B | | | | | | |
| 135 | | U.S. Patent No. 5,930,810 (Farros et al.) | VP_OMX0032 4-44 | | B | | | | | | |
| 136 | | company_info.asp (source code) | VP-CQSC0000001 -03 | | B | | | 402, 403 | | | |

***Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential**
*** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment**

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 137 | | how_to_upload.asp (source code) | VP-CQSC0000007-08 | | B | | | 402, 403 | | | |
| 138 | | our_advantages.asp (source code) | VP-CQSC0000009-10 | | B | | | 402, 403 | | | |
| 139 | | Screenshot of \www\VP\vs\vs\upload directory | VP-CQSC0000014 | HC | B | | | 402, 403 | | | |
| 140 | | Screenshot of \www\VP\vs\vs directory | VP-CQSC0000015 | HC | B | | | 402, 403 | | | |
| 141 | | Screenshot of \www\VP\vs\vs\jsincludes\vs directory | VP-CQSC0000016 | HC | B | | | 402, 403 | | | |
| 142 | | vpDragManager.js (source code) | VP-CQSC0000031-35 | | B | | | 402, 403 | | | |
| 143 | | vpEditor.js (source code) | VP-CQSC0000036-90 | | B | | | 402, 403 | | | |
| 144 | | vpItem.js (source code) | VP-CQSC0000091-112 | | B | | | 402, 403 | | | |
| 145 | | vpSelectionManager.js (source code) | VP-CQSC0000113 | | B | | | 402, 403 | | | |

***Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential**
*** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment**

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | -124 | | | | | | | | |
| 146 | | vpStudio.js (source code) | VP-CQSC0000125-176 | | B | | | 402, 403 | | | |
| 147 | | vs_docsaver.asp (source code) | VP-CQSC0000177-82 | HC | B | | | 402, 403 | | | |
| 148 | | xt_doc_save.asp (source code) | VP-CQSC0000188-199 | HC | B | | | 402, 403 | | | |
| 149 | | Installation Instructions for PAPICS | VP-CQ0076999-7002 | HC | B | | | | | | |
| 150 | | PageBuilder, VistaWiki Article | VP-CQ0000103-04 | HC | B | | | | | | |
| 151 | | DocumentBuilder, VistaWiki Article | VP-CQ0000031-32 | HC | B | | | | | | |
| 152 | | Upload, VistaWiki Article | VP-CQ0001340-47 | HC | B | | | | | | |
| 153 | | Rebuttal Expert Report Regarding Damages by Christopher Bakewell (December 30, 2010) and Attachments and Exhibits thereto | N/A | HC | B | | | IO, Not Evidence | | | |

***Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential***
**\*\* Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment***

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 154 | | Supplemental Expert Report Regarding Damages by Christopher Bakewell (March 3, 2011) and Attachments and Exhibits thereto | N/A | HC | B | | | IO, Not Evidence | | | |
| 155 | | Declaration of Satish Pai in Support of Supplement Report of Christopher Bakewell (February 21, 2011) | N/A | HC | B | | | IO, Not Evidence | | | |
| 156 | | Rebuttal Expert Report of David L. Zwang Regarding the Non-Infringement of U.S. Patent No. 6,839,149 and Exhibits | N/A | HC | B | | | IO, Not Evidence | | | |
| 157 | | Photos of Vistaprint Awards and Patents | VP-CQ0078101-14 | HC | B | | | | | | |
| 158 | | Vistaprint Manufacturing Video | VP-CQ0078100 | HC | B | | | | | | |
| 159 | 07/07/00 | Vistaprint.com Technologies:  Market Differentiators, Technical and Market Analysis | VP-CQ0077648-63 | HC | B | | | | | | |
| 160 | 07/00/00 | Vistaprint.com:  Leading the Way in process Redesign E-Printing | VP-CQ0077639-47 | HC | B | | | | | | |
| 161 | | Customer orders with uploads: 2/26/01 – 3/21/01 | VP-CQ0080781-833 | HC | A | | | 402, 403, 801, 801 | | | |
| 162 | 01/30/01 | Board of Directors meeting presentation | VP-CQ0019611-90 | HC | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 163 | | VistaBridge Release 5 Requirements | VP_CQ0033954-81 | C | B | | | | | | |
| 164 | | VistaBridge 4.5 Release Notes | VP_CQ0033153-54 | C | B | | | 402, 403, 901 | | | |
| 165 | 03/07/08 | Advantage API Service Agreement between MapQuest and Vistaprint | VP-CQ0073540-54 | HC | C | | | | | | |
| 166 | 09/22/09 | Amendment No. 1 to the Advantage API Service Agreement between MapQuest and Vistaprint | VP-CQ0073555-56 | HC | C | | | | | | |
| 167 | 02/24/10 | Amendment No. 2 to the MapQuest Platform: Enterprise Edition Agreement (formerly Advantage API Service Agreement) between MapQuest and Vistaprint | VP-CQ0073557-59 | HC | C | | | | | | |
| 168 | | Vistaprint Technology Tutorial | N/A | | B | | | DE | | | |
| 169 | 01/19/00 | OPI Specification – v. 2.0 | VP-OMX01036-65 | | B | | | | | | |
| 170 | Nov/Dec 1999 | "Why we still need OPI" by James Porter, GATFWorld | VP-OMX01147-50 | | B | | | | | | |
| 171 | 01/24/11 | ColorQuick's Answers to Defendants' First Set of Collective Interrogatories (Nos. 1 -12) | N/A | | I | | | | | | |
| 172 | 09/17/10 | ColorQuick's Response to Vistaprint's | N/A | | I | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | First Set of Requests for Admission | | | | | | | | | |
| 173 | 01/24/11 | ColorQuick's Answers to Defendants' First Set of Collective Requests for Admission (Nos. 1 – 11) | N/A | | I | | | | | | |
| 174 | | Form 10-K Vistaprint Limited period ended June 30, 2006 | VP-CQ0031287-388 | | B | | | | | | |
| 175 | | Form 10-K Vistaprint Limited period ended June 30, 2007 | VP-CQ0031389-504 | | B | | | | | | |
| 176 | | Form 10-K Vistaprint Limited period ended June 30, 2008 | VP-CQ0031505-613 | | B | | | | | | |
| 177 | | Form 10-K Vistaprint Limited period ended June 30, 2009 | VP-CQ0079350-463 | | B | | | | | | |
| 178 | | Form 10-K Vistaprint N.V. period June 30, 2010 | VP-CQ0079464-572 | | B | | | | | | |
| 179 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 180 | | ColorQuick 2005 Business Plan | CQ-E003720 | HC | C | | | | | | |
| 181 | 07/23/08 | Settlement and License Agreement between ColorQuick and Kodak | CQ005836-45 | HC | B | | | | | | |
| 182 | 08/25/04 | Vistaprint: Company Presentation | VP-CQ0028527-57 | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 183 | 05/18/07 | Think Gutenberg 2.0 – Lexington online printing firm, already growing at Google speed, adds custom T-shirts to the mix | VP-CQ0073946-947 | | B | | | | | | |
| 184 | 08/20/07 | Building a Brand Name, Via Business Cards | VP-CQ0073939-40 | | B | | | | | | |
| 185 | 04/02/04 | Purchase and Sale Agreement between Vistaprint and Beta Consulting | VP-CQ0074695-99 | HC | C | | | | | | |
| 186 | July 2001 | print e-business report: where have all the dot-coms gone? | VP-CQ0025351-54 | HC | B | | | | | | |
| 187 | Jan. 2006 | Vistaprint: Marketing Introduction Presentation | VP-CQ0026336-413 | HC | C | | | | | | |
| 188 | Nov. 2006 | Printing Impressions: Vistaprint enjoy a high level of auto-mation through the cutting process. Here a polar cutter dices up business cards | VP-CQ0073948-50 | | C | | | | | | |
| 189 | 07/10/00 | Press Release: "Vistaprint Com Moves Its Headquarters To Massachusetts" | VP-CQ0078428 | | C | | | | | | |
| 190 | 03/17/03 | Press Release: "New Vistaprint Family Web Site Solves Consumers' Custom Printing Needs" | VP-CQ0078429 | | C | | | | | | |
| 191 | 12/29/03 | Press Release: "Vistaprint Reaches 3 Million Customer Mark" | VP-CQ0078430 | | C | | | | | | |

**\*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential**
**\*\* Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment**

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 192 | 12/11/07 | Press Release: "Vistaprint Named Finalist for MITX Award" | VP-CQ0078431-32 | | C | | | | | | |
| 193 | 03/19/08 | Press Release: "Vistaprint Earns Two Awards from Computerworld" | VP-CQ0078433 | | C | | | | | | |
| 194 | 05/07/08 | Press Release: "Vistaprint Wins Windsor Chamber of Commerce Business Excellence Award" | VP-CQ0078434 | | C | | | | | | |
| 195 | 11/07/08 | Press Release: "Vistaprint CEO Named Top Executive By Mass Technology Leadership Council" | VP-CQ0078435 | | C | | | | | | |
| 196 | 06/11/09 | Press Release: "Vistaprint Named to Internet Retailer 500 List for Fourth Consecutive Year" | VP-CQ0078436 | | C | | | | | | |
| 197 | 08/27/09 | Press Release: "Vistaprint Named to Fortune 100 Fastest Growing Companies List" | VP-CQ0078437 | | C | | | | | | |
| 198 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 199 | | Vistaprint's expansion into new markets and innovative emerging companies keep competitive landscape intense | VP-CQ0025242-65 | HC | B | | | | | | |
| 200 | | Workstream Development Services | CQ004629-34 | HC | C | | | | | | |
| 201 | | 2006_Dec12-05_Budget.xls | CQ-E003724 | HC | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 202 | | cqbudget_2004.xls | CQ-E003670 | HC | C | | | | | | |
| 203 | | QB_budget1.xls | CQ-E003722 | HC | C | | | | | | |
| 204 | | Three year P&L.xls | CQ-E003732 | HC | C | | | | | | |
| 205 | 07/17/08 | Small Print Jobs for Peanuts: Vistaprint's online design tools for clients and whizzy presses can slash costs by 80% | VP-CQ0073941-42 | | B | | | | | | |
| 206 | 02/13/06 | Technology (A Special Report) – The New Paper Trail | VP-CQ0073943-45 | | B | | | | | | |
| 207 | Jun. 2003 | Investor  Presentation | VP-CQ0030527-557 | HC | B | | | | | | |
| 208 | April 2009 | Vistaprint New Products: Immersion Day | VP-CQ0029731-847 | HC | B | | | | | | |
| 209 | Nov. 1988 | Journal of Patent and Patent and Trademark Office Society: Product Substitutes and Calculation of Patent Damages | VP-CQ0079639-52 | | B | | | | | | |
| 210 | | OECD Science, Technology and Industry Working Papers 2002/11: Competition Policy and Innovation, C. Shapiro | VP-CQ0079653-87 | | B | | | | | | |
| 211 | 05/2005 | "The New Importance of Materiality," Journal of Accountancy (May 2005) | VP-CQ0079625-29 | | B | | | | | | |

***Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential***
**\*\* Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment**

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 212 | 12/14/10 | "Quarterly U.S. Commercial Printing Profits," What They Think?  (December 14, 2010) | VP-CQ0079630-38 | | B | | | | | | |
| 213 | | text.txt (Vistaprint source code) | VP-CQSC0001001 | HC | B | | | | | | |
| 214 | | jsstudio.txt (Vistaprint source code) | VP-CQSC0001002-13 | HC | B | | | | | | |
| 215 | | vp.studio.AddImage (Vistaprint source code) | VP-CQSC0001014-17 | HC | B | | | | | | |
| 216 | | CropInfo.cs (Vistaprint source code) | VP-CQSC0001018-22 | HC | B | | | | | | |
| 217 | | ImageCropInfo.cs (Vistaprint source code) | VP-CQSC0001023-34 | HC | B | | | | | | |
| 218 | | IRenderableImage.cs (Vistaprint source code) | VP-CQSC0001035 | HC | B | | | | | | |
| 219 | | Rotation.cs (Vistaprint source code) | VP-CQSC0001036-43 | HC | B | | | | | | |
| 220 | | clpep.vbp (Vistaprint source code) | VP-CQSC0001044 | HC | B | | | | | | |
| 221 | | setup.bas (Vistaprint source code) | VP-CQSC0001045 | HC | B | | | | | | |

***Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential**
*** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment**

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 222 | | public.bas (Vistaprint source code) | VP-CQSC0001046 | HC | B | | | | | | |
| 223 | | frmclpep.frm (Vistaprint source code) | VP-CQSC0001047-48 | HC | B | | | | | | |
| 224 | | pep_mod.bas (Vistaprint source code) | VP-CQSC0001049-54 | HC | B | | | | | | |
| 225 | | vp.upload.Upload (Vistaprint source code) | VP-CQSC0001055-59 | HC | B | | | | | | |
| 226 | | jsupload.txt (Vistaprint source code) | VP-CQSC0001060 | HC | B | | | | | | |
| 227 | | vp.studio.commands.Resize (Vistaprint source code) | VP-CQSC0001061-63 | HC | B | | | | | | |
| 228 | | vp.studio.commands.Rotate (Vistaprint source code) | VP-CQSC0001064-66 | HC | B | | | | | | |
| 229 | | vp.studio.commands.Crop (Vistaprint source code) | VP-CQSC0001067-70 | HC | B | | | | | | |
| 230 | | modPDFLib.bas (Vistaprint source code) | VP-CQSC0001071-76 | HC | B | | | | | | |
| 231 | | PdfMetadataReaderWorker.cs (Vistaprint source code) | VP-CQSC0001077 | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | -80 | | | | | | | | |
| 232 | | DigitalRipWorker.cs (Vistaprint source code) | VP-CQSC0001081-85 | HC | B | | | | | | |
| 233 | 1985 | "Competitive Advantage: Creating and Sustaining Superior Performance," by Michael R. Porter dated 1985 | | | C | | | | | | |
| 234 | July 1988 | "Differentiation versus Low Cost or Differentiation and Low Cost: A Contingency Framework," by Charles W. L. Hill, *The Academy of Management Review*, Vol. 13, No. 3 (Jul., 1988), pp. 401-412 | | | C | | | | | | |
| 235 | 1992 | "Generic Strategies and Congruent Organisational Structures," by David Faulkner and Cliff Bowman, *European Management Journal* 10(4) (1992), pp. 494-499 | | | C | | | | | | |
| 236 | 1999-2010 | "Competitive Advantage," Internet Center for Management and Business Administration, Inc., 1999-2010 at http://www.quickmba.com/strategy/competitive-advantage | | | C | | | | | | |
| 237 | 02/23/06 | Equity Research Report, William Blair & Co. | VP-CQ0078469-94 | | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Exhibit No. | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 238 | 06/25/08 | Memorandum Opinion & Order from *Colorquick, LLC v. Eastman Kodak Co.*, Civil Action No. 6:06-CV-390 | | | B | | | | | | |
| 239 | 02/17/10 | Plaintiff's Initial Disclosures Pursuant to Discovery Order | | | I | | | | | | |
| 240 | 03/04/10 | Plaintiff's Additional Disclosures Pursuant to Discovery Order | | | I | | | | | | |
| 241 | 01/24/11 | Plaintiff's First Amended Additional Disclosures Pursuant to Discovery Order | | | I | | | | | | |
| 242 | 09/29/10 | Plaintiff's First Amended Disclosures Under P.R. 3-1 | | | I | | | | | | |
| 243 | 11/22/10 | Plaintiff's Supplemental First Amended Disclosures Under P.R. 3-1 | | | I | | | | | | |
| 244 | 03/26/08 | Oral and Videotaped Deposition of Jeremy Herr from ColorQuick, LLC v. Eastman Kodak Company, Civil Action No. 6:06-CV-390 | CQ 006461-648 | C | I | | | | | | |

***Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential**
*** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel who are deemed to have consented to electronic service.  Local  Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile and/or U.S. First Class Mail on June 12, 2011.

*/S/ BRIAN P. WIKNER*

*\*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential*
*\*\* Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment*