IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

COLORQUICK, L.L.C.,

                PLAINTIFF,

     v.

VISTAPRINT LIMITED and OFFICEMAX
INCORPORATED,

              DEFENDANTS.

Civil Action No. 6:09-CV-323-LED

**JURY**

**VISTAPRINT'S FOURTH AMENDED TRIAL EXHIBIT LIST**

| **Presiding Judge:** **LEONARD DAVIS** | **Plaintiff's Attorney(s):** **Patrick Conroy** | **Defendant's Attorneys:** **Thomas J. Friel** **Christopher C. Campbell** **Matthew P. Gubiotti** **Brian P. Wikner** **Charles Ainsworth** |
|---|---|---|
| **Jury Trial Date:** **June 13, 2011** | **Court Reporter:** | **Courtroom Deputy: Rosa Ferguson** |

*\*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential*
*\*\* Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment*

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/04/05 | U.S. Patent 6,839,149 titled "Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File" issued to J. Herr | CQ001654-1686 | | A | | | | | | |
| 2 | | Appendix to '149 Patent | CQ001748-1885 | HC | B | | | | | | |
| 3 | | File History of U.S. Patent 6,839,149 | CQ001467-1653 | | B | | | | | | |
| 4 | 11/23/00 | PCT Application WO 00/70436 titled "Interactive Print Job Display System and Method" issued to M. Chase et al. | VP_OMX00064-88 | | B | | | | | | |
| 5 | 03/04/03 | U.S. Patent 6,529,214 titled "Interactive Print Job Display System and Method" issued to M. Chase et al. | VP-OMX00089-99 | | B | | | | | | |
| 6 | 11/20/07 | U.S. Patent 7,298,516 titled "Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File" issued to J. Herr | VP-CQ0080068 - 100 | | C | | | | | | |
| 7 | | File History of U.S. Patent 7,298,516 | VP-CQ0080101-351 | | C | | | | | | |
| 8 | 09/05/07 | Assignment of '149 Patent from Herr | CQ001691- | | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | to ColorQuick | 1692 | | | | | | | | |
| 9 | | Inventor's Notebook | CQ002311-2393 | HC | C | | | | | | |
| 10 | 02/22/02 | Email from J. Herr to D. Weissman re "get patent application done today" | CQ003103-3104 | HC | C | | | | | | |
| 11 | 12/18/01 | Handwritten Notes | CQ005076-5081 | HC | C | | | | | | |
| 12 | 02/22/02 | Draft QuickFit Patent Application: Source Code | CQ000985-1041 | HC | B | | | | | | |
| 13 | 04/27/10 | U.S. Patent 7,706,016 titled "Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File" issued to J. Herr | VP-CQ0080352-384 | | C | | | | | | |
| 14 | | File History of U.S. Patent 7,706,016 | VP-CQ0080385-513 | | C | | | | | | |
| 15 | 08/26/10 | U.S. Patent Application Publication 2010/0214612 titled "Computer Program Product for Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File" issued to J. Herr | VP-CQ0080514-545 | | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | 12/25/08 | U.S. Patent Application Publication 2008/0320385 titled "Graphical Object Insertion During Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File" issued to D. Freiman et al. | VP-CQ0080546-603 | | C | | | | | | |
| 17 | 10/22/09 | U.S. Patent Application Publication 2009/0265382 titled "Method and Apparatus for Sending Messages on Behalf of Dead Persons to Live Recipients" issued to D. Freiman et al. | VP-CQ0080604-624 | | C | | | | | | |
| 18 | 10/05/04 | U.S. Patent 6,801,333 titled "Automated System for Comparing a Job Quote for a Print Job with Production Data for an Actual Print Job" issued to M. Weiss | VP-CQ0080625-650 | | C | | | | | | |
| 19 | | Presentation "Introduction to the magSend Service" | CQ000004-38 | HC | C | | | | | | |
| 20 | | magSend Users' Guide | CQ000118-149 | C | C | | | | | | |
| 21 | | ColorQuick Business Plan – Concept Draft #3 | CQ-E00032 | | C | | | | | | |
| 22 | | ColorQuick.com LLC Executive Summary | CQ003880-3903 | HC | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 07/23/02 | magSend Business Plan – Draft | CQ005136-5183 | HC | C | | | | | | |
| 24 | 10/14/04 | Major Issues facing ColorQuick.com LLC | CQ004642 | HC | C | | | | | | |
| 25 | | ColorQuick Business Plan 2005 | CQ-E03720 | | C | | | | | | |
| 26 | 12/31/02 | ColorQuick Balance Sheet – as of Dec. 31, 2002 incl. 2002 Tax Returns | CQ005718-5730 | HC | B | | | | | | |
| 27 | 12/31/03 | ColorQuick Balance Sheet – as of Dec. 31, 2003 incl. 2003 Tax Returns | CQ005731-5747 | HC | B | | | | | | |
| 28 | 12/31/04 | ColorQuick Balance Sheet – as of Dec. 31, 2004 incl. 2004 Tax Returns | CQ005748-5765 | HC | B | | | | | | |
| 29 | 12/31/05 | ColorQuick Balance Sheet – as of Dec. 31, 2005 incl. 2005 Tax Returns | CQ005766-5782 | HC | B | | | | | | |
| 30 | 12/31/06 | ColorQuick Balance Sheet – as of Dec. 31, 2006 incl. 2006 Tax Returns | CQ005783-5798 | HC | B | | | | | | |
| 31 | 12/31/07 | ColorQuick Balance Sheet – as of Dec. 31, 2007 incl. 2007 Tax Returns | CQ005799-5814 | HC | B | | | | | | |
| 32 | 12/31/08 | ColorQuick Balance Sheet – as of Dec. 31, 2008 incl. 2008 Tax Returns | CQ005815-5831 | HC | B | | | | | | |
| 33 | 12/31/09 | ColorQuick Balance Sheet – as of Dec. 31, 2009 | CQ005832-5835 | HC | B | | | | | | |
| 34 | 11/20/08 | Email from S. Richman to M. Weiss re | CQ007176 | C | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Intellectual Ventures | | | | | | | | | |
| 35 | 11/20/08 | Notes re conversation with S. Richman regarding sale of patents | CQ007177 | C | B | | | | | | |
| 36 | 01/13/09 | Emails b/t M. Weiss and S. Richman re information for valuation of patents | CQ007178 | C | B | | | | | | |
| 37 | | ColorQuick's magSend Veroproof Workstream | CQ007179-96 | C | C | | | | | | |
| 38 | | Document titled "Questions for ColorQuick" | CQ007197 | C | C | | | | | | |
| 39 | 11/00/04 | ColorQuick.com November 2004 Update magSend Veroproof Workstream | CQ004617-28 | HC | C | | | | | | |
| 40 | | File History for U.S. Patent App'n 11/726,636 | VP-CQ0080651-779 | | C | | | | | | |
| 41 | 04/06/04 | U.S. Patent 6,717,686 titled "Electronic Printing System and Method" issued to R. Farros et al. | VP_OMX00145-171 | | B | | | | | | |
| 42 | 11/18/03 | U.S. Patent 6,650,433 titled "Managing Print Jobs" issued to R. Keane et al. | VP-CQ0074775-74819; VP_OMX00100-144 | | A | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential*
*\*\* Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment*

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | 02/18/03 | U.S. Patent 6,522,418 titled "Method of and System for Editing Images" issued to Y. Yokomizo | VP_OMX0029 7-323 | | B | | | | | | |
| 44 | 01/08/10 | Plaintiff's Disclosures Under P.R. 3-1 and 3-2 | N/A | | I | | | | | | |
| 45 | 09/17/10 | ColorQuick's Objections and Responses to Vistaprint's First Set of Interrogatories (Nos. 1-13) | N/A | | I | | | | | | |
| 46 | | Acrobat functionality, VistaWiki Articles | VP-CQ0000001-157 | HC | B | | | | | | |
| 47 | | PAPICS / IECapture Presentation by M. Stevenson | VP-CQ0035374-35386 | HC | B | | | | | | |
| 48 | | TechWiki webpage re Upload | VP-CQ0035139-35141 | HC | B | | | | | | |
| 49 | | Upload relocation project, VistaWiki Article | VP-CQ0035049-35072 | HC | B | | | | | | |
| 50 | | Old Studio, VistaWiki Article | VP-CQ0000478-482 | HC | A | | | | | | |

***Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential***
*** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment***

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51 | | LivePreview, VistaWiki Article | VP-CQ0034955-34960; VP-CQ0000295-300 | HC | B | | | | | | |
| 52 | 04/20/07 | Site Experience & Merchandising Presentation by J. Marcus | VP-CQ0007449-7465 | HC | C | | | | | | |
| 53 | | Design Center talking points | VP-CQ0003233-3234 | HC | C | | | | | | |
| 54 | 02/00/07 | Project Brief – Full Upload Path Improvements | VP-CQ0008714-8721 | HC | C | | | | | | |
| 55 | 06/00/07 | Analytics Review – Full Upload Path by P. Liberman | VP-CQ0012990-12992 | HC | B | | | | | | |
| 56 | 07/24/07 | Upload Quality Improvement Marketing Kick-Off Presentation by E. Myerson | VP-CQ0012970-12978 | HC | C | | | | | | |
| 57 | | 28th Annual Growth Conference Presentation by H. Grewal | VP-CQ0003488-3529 | HC | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | | Vistaprint Final Presentation to Molecular | VP-CQ0012660-12726 | HC | C | | | | | | |
| 59 | | Total Upload Bookings from January 2005 through May 2010 | VP-CQ0073537 | HC | A | | | | | | |
| 60 | | Upload Stats from January 2005 through May 2010 | VP-CQ0073560 | HC | A | | | | | | |
| 61 | | Upload Stats from January 2005 through December 2010 | VP-CQ0073560-1 | HC | A | | | | | | |
| 62 | | Upload Stats from January 2005 through December 2011 (revised) | VP-CQ0073560-2 | HC | A | | | | | | |
| 63 | 03/02/00 | VistaStudio Application Suite v1.0 – DevGuide by S. Coursol | VP-CQ0034020-34116 | HC | A | | | | | | |
| 64 | 04/02/07 | Content & Studio Presentation by L. Eilers | VP-CQ0028394-28402 | HC | B | | | | | | |
| 65 | | TechWiki webpage re Inline Cropping | VP-CQ0018440-18441 | HC | B | | | | | | |
| 66 | | Uploading Custom Documents to Vistaprint – Customer Care Training 2002 | VP-CQ0027570-27602 | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 01/31/06 | U.S. Patent 6,993,209 titled "Low Resolution-to-High Resolution Image Correlation" issued to A. Schowtka et al. | VP_OMX00457-469; VP-CQ0081000-13 | | C | | | | | | |
| 68 | | List of Acceptable File Formats and definitions for various industry terminology | VP-CQ0008733-8737 | HC | B | | | | | | |
| 69 | | VistaStudio Presentation by T. Notosoehardjo | VP-CQ0034197-34214 | HC | B | | | | | | |
| 70 | | Release 5 – Preliminary Product Specifications | VP-CQ0074126-74134 | HC | B | | | | | | |
| 71 | 10/24/00 | Release 5 – PAPICS Requirements by E. Robertson | VP-CQ0074166-74168; VP-CQ0033377-79 | HC | A | | | | | | |
| 72 | | Release 5 – PAPICS Technical Design by E. Robertson | VP-CQ0074169-74182; VP-CQ0033380-93 | HC | A | | | | | | |
| 73 | | DrawDocs 2.0, VistaWiki Article | VP- | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CQ0000038-39 | | | | | | | | |
| 74 | 01/19/07 | Vistaprint.com Heuristic Evaluation – Upload Path | VP-CQ0016399-16422 | HC | C | | | | | | |
| 75 | | Unified Rendering Pipeline, VistaWiki Article | VP-CQ0000156-157 | HC | B | | | | | | |
| 76 | | DrawDocs 2.0 Project Page, VistaWiki Article | VP-CQ0034902-34926 | HC | B | | | | | | |
| 77 | | DrawDocs Process Flow, VistaWiki Article | VP-CQ0034927-34928 | HC | B | | | | | | |
| 78 | 01/03/08 | Website Paths and Areas of Customer Experience Presentation by A. FitzGerald | VP-CQ0002246-2286 | HC | C | | | | | | |
| 79 | | Upload Supported File Type | VP-CQ0000398-400 | HC | B | | | | | | |
| 80 | | Portable Network Graphics (PNG) , VistaWiki Article | VP-CQ0000346-348 | HC | C | | | | | | |
| 81 | | Advanced SSR Studio, VistaWiki | VP-CQ0034864- | C | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Article | 34865; VP-CQ0000734-35 | | | | | | | | |
| 82 | | DrawDocs, VistaWiki Article | VP-CQ0000219-220 | HC | B | | | | | | |
| 83 | | PAPICS Functionality, VistaWiki Article | VP-CQ0000322-323 | HC | B | | | | | | |
| 84 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 85 | | XML document | VP-CQ0077766-77767 | | B | | | | | | |
| 86 | 07/00/00 | Static page "vistabridge_overview.asp" (Source Code) | VP-CQSC0000017-19 | | A | | | | | | |
| 87 | 06/00/00 | Static page "vistastudio.asp" (Source Code) | VP-CQSC0000020-23 | | A | | | | | | |
| 88 | | vpdocfactory.js (Javascript (Source Code)) | VP-CQSC0000027-30 | | B | | | | | | |
| 89 | 02/26/01 | Email from S. Coursol to "all US" re | COURSOL000 | HC | A | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | version 5.1 on production | 0056 | | | | | | | | |
| 90 | 01/30/01 | Email from S. Coursol to J. Habeski, A. Schowtka, E. Pizzuto, M. Frommelt, A. Tyskora, R. Cedano, S. Ripper and T. Shanler re PAPICS off and not rolling right onto production | COURSOL0000045 | HC | B | | | | | | |
| 91 | | Video file created from VistaStudio 5.1 that demonstrates the functionality of the application | VP-CQ 0078118 | | A | | | DE, 901, 403, 1002, 1006, F, 701, 702, 703 | | | |
| 92 | | Video file created from VistaStudio 5.1 that demonstrates the functionality of the application | VP-CQ 0078119 | | A | | | DE, 901, 403, 1002, 1006, F, 701, 702, 703 | | | |
| 93 | | Video file created from VistaStudio 5.1 that demonstrates the functionality of the application | VP-CQ 0078120 | | A | | | DE, 901, 403, 1002, 1006, F, 701, 702, 703 | | | |
| 94 | | Image of  computer desktop:   Working Release 5.1 demo | VP-CQ0100000 | | A | | | DE, 901, 403, 1002, 1006, F, 701, 702, | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 703 | | | |
| 95 | | Document XML | VP-CQ0034901 | HC | B | | | | | | |
| 96 | | XML – 11/7/99 | VP-CQ0077004 | | | | | | | | |
| 97 | | Release Notes v. 5.1 | VP-CQ0074257-260 | HC | B | | | | | | |
| 98 | | Board of Directors Presentation (May 2001) | VP-CQ0077357-426 | HC | C | | | | | | |
| 99 | | Release 5.0 Kickoff Meeting 9/18 (2000) | VP-CQ0033201-204 | HC | C | | | | | | |
| 100 | | RAXER, VistaWiki Article | VP-CQ0000480 | HC | B | | | | | | |
| 101 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 102 | | TSARSUP Requirements Definition Bridge Application Framework Module | VP-CQ0073785-93 | HC | C | | | | | | |
| 103 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 104 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 105 | | PAPICS / IECapture Presentation | VP_CQ- | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0060736-48 | | | | | | | | |
| 106 | | PAPICS Build, Deployment, Startup and Minimal Test Operation | VP-CQ0073682-93 | HC | B | | | | | | |
| 107 | | Screen shots | VP-CQ0077354-55 | | C | | | | | | |
| 108 | | DrawDoc | VP-CQ0077738-39 | HC | C | | | | | | |
| 109 | | IECapture, VistaWiki Article | VP-CQ0000266-67 | HC | C | | | | | | |
| 110 | | Photoshop in Production, VistaWiki Article | VP-CQ0000499-501 | HC | B | | | | | | |
| 111 | | PAPICS, VistaWiki Article | VP-CQ0000704-10 | HC | B | | | | | | |
| 112 | | ImagePreview, VistaWiki Article | VP-CQ0000824-26 | HC | B | | | | | | |
| 113 | | List of Website Function Points that Involve Rendering | VP-CQ0000698-702 | HC | C | | | | | | |
| 114 | | PAPICS image size validation, VistaWiki Article | VP-CQ0000324-25 | HC | B | | | | | | |
| 115 | | Vistaprint website screenshots | VP-CQ0078115-16 | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | 05/01/92 | Encapsulated PostScript File Format Specification | VP-CQ0078130-63 | HC | C | | | | | | |
| 117 | 12/26/00 | U.S. Patent No. 6,167,441 | VP-CQ0079688-99 | | C | | | | | | |
| 118 | 12/05/02 | U.S. Patent App'n Publ'n No. US2002/0180770 | VP-CQ0079700-16 | | C | | | | | | |
| 119 | 03/20/03 | U.S. Patent App'n Publ'n No. US2003/0055850 | VP-CQ0079717-28 | | C | | | | | | |
| 120 | 10/14/04 | U.S. Patent App'n Publ'n No. US2004/0205496 | VP-CQ0079729-39 | | C | | | | | | |
| 121 | 12/10/10 | Wong Infringement Report and Exhibits | N/A | HC | I | | | | | | |
| 122 | 12/10/10 | Expert Report of Alan Ratliff on Damages and Exhibits | N/A | HC | I | | | | | | |
| 123 | 02/17/11 | Ratliff Supplemental Rebuttal Report and Exhibits | N/A | HC | I | | | | | | |
| 124 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 125 | 02/17/11 | Supplemental Expert Report of Ping Wah Wong, Ph.D. on Defendants Vistaprint and Officemax's Infringement of U.S. Patent No. 6,839,149 and Exhibits | N/A | HC | I | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 126 | 12/30/10 | Expert Report Of Ping Wah Wong, Ph.D., Rebutting Dr. David L. Zwang's Report regarding the Invalidity Of U.S. Patent No. 6,849,149 and Exhibits | N/A | HC | I | | | | | | |
| 127 | 10/31/00 | Press Release – Vistaprint.com Shatters 50,000 Paid Customer Mark | VP-CQ0080780 | | A | | | | | | |
| 128 | 01/24/11 | Plaintiff Colorquick LLC's First Amended Objections and Responses to Defendant Vistaprint Limited's First Set of Interrogatories (Nos. 1-13) | N/A | | I | | | | | | |
| 129 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 130 | 04/16/08 | Plaintiff Colorquick, LLC's Opening Claim Construction Brief | N/A | | I | | | | | | |
| 131 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 132 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 133 | 07/24/03 | U.S. Patent App'n No. 2003/0140315 A1 (Blumberg et al.) | VP-CQ0073951-70 | | B | | | | | | |
| 134 | 1995 | Apple Computer, Inc., *OPI White Paper* (1995) | FXO_PA_001 215-55 | | B | | | | | | |
| 135 | | U.S. Patent No. 5,930,810 (Farros et al.) | VP_OMX0032 4-44 | | B | | | | | | |
| 136 | | company_info.asp (source code) | VP-CQSC0000001 | | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | -03 | | | | | | | | |
| 137 | | how_to_upload.asp (source code) | VP-CQSC0000007-08 | | B | | | | | | |
| 138 | | our_advantages.asp (source code) | VP-CQSC0000009-10 | | B | | | | | | |
| 139 | | Screenshot of \www\VP\vs\vs\upload directory | VP-CQSC0000014 | HC | B | | | | | | |
| 140 | | Screenshot of \www\VP\vs\vs directory | VP-CQSC0000015 | HC | B | | | | | | |
| 141 | | Screenshot of \www\VP\vs\vs\jsincludes\vs directory | VP-CQSC0000016 | HC | B | | | | | | |
| 142 | | vpDragManager.js (source code) | VP-CQSC0000031-35 | | B | | | | | | |
| 143 | | vpEditor.js (source code) | VP-CQSC0000036-90 | | B | | | | | | |
| 144 | | vpItem.js (source code) | VP-CQSC0000091-112 | | B | | | | | | |
| 145 | | vpSelectionManager.js (source code) | VP- | | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CQSC0000113-124 | | | | | | | | |
| 146 | | vpStudio.js (source code) | VP-CQSC0000125-176 | | B | | | | | | |
| 147 | | vs_docsaver.asp (source code) | VP-CQSC0000177-82 | HC | B | | | | | | |
| 148 | | xt_doc_save.asp (source code) | VP-CQSC0000188-199 | HC | B | | | | | | |
| 149 | | Installation Instructions for PAPICS | VP-CQ0076999-7002 | HC | B | | | | | | |
| 150 | | PageBuilder, VistaWiki Article | VP-CQ0000103-04 | HC | B | | | | | | |
| 151 | | DocumentBuilder, VistaWiki Article | VP-CQ0000031-32 | HC | B | | | | | | |
| 152 | | Upload, VistaWiki Article | VP-CQ0001340-47 | HC | B | | | | | | |
| 153 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 154 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 155 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 156 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 157 | | Photos of Vistaprint Awards and Patents | VP-CQ0078101-14 | HC | B | | | | | | |
| 158 | | Vistaprint Manufacturing Video | VP-CQ0078100 | HC | B | | | | | | |
| 159 | 07/07/00 | Vistaprint.com Technologies:  Market Differentiators, Technical and Market Analysis | VP-CQ0077648-63 | HC | B | | | | | | |
| 160 | 07/00/00 | Vistaprint.com:  Leading the Way in process Redesign E-Printing | VP-CQ0077639-47 | HC | B | | | | | | |
| 161 | | Customer orders with uploads: 2/26/01 – 3/21/01 | VP-CQ0080781-833 | HC | A | | | 402, 403, 801, 801 | | | |
| 162 | 01/30/01 | Board of Directors meeting presentation | VP-CQ0019611-90 | HC | C | | | | | | |
| 163 | | VistaBridge Release 5 Requirements | VP_CQ0033954-81 | C | B | | | | | | |
| 164 | | VistaBridge 4.5 Release Notes | VP_CQ0033153-54 | C | B | | | | | | |
| 165 | 03/07/08 | Advantage API Service Agreement between MapQuest and Vistaprint | VP-CQ0073540-54 | HC | C | | | | | | |
| 166 | 09/22/09 | Amendment No. 1 to the Advantage API Service Agreement between | VP-CQ0073555-56 | HC | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | MapQuest and Vistaprint | | | | | | | | | |
| 167 | 02/24/10 | Amendment No. 2 to the MapQuest Platform: Enterprise Edition Agreement (formerly Advantage API Service Agreement) between MapQuest and Vistaprint | VP-CQ0073557-59 | HC | C | | | | | | |
| 168 | | Vistaprint Technology Tutorial | N/A | | B | | | | | | |
| 169 | 01/19/00 | OPI Specification – v. 2.0 | VP-OMX01036-65 | | B | | | | | | |
| 170 | Nov/Dec 1999 | "Why we still need OPI" by James Porter, GATFWorld | VP-OMX01147-50 | | B | | | | | | |
| 171 | 01/24/11 | ColorQuick's Answers to Defendants' First Set of Collective Interrogatories (Nos. 1 -12) | N/A | | I | | | | | | |
| 172 | 09/17/10 | ColorQuick's Response to Vistaprint's First Set of Requests for Admission | N/A | | I | | | | | | |
| 173 | 01/24/11 | ColorQuick's Answers to Defendants' First Set of Collective Requests for Admission (Nos. 1 – 11) | N/A | | I | | | | | | |
| 174 | | Form 10-K Vistaprint Limited period ended June 30, 2006 | VP-CQ0031287-388 | | B | | | | | | |
| 175 | | Form 10-K Vistaprint Limited period ended June 30, 2007 | VP-CQ0031389- | | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 504 | | | | | | | | |
| 176 | | Form 10-K Vistaprint Limited period ended June 30, 2008 | VP-CQ0031505-613 | | B | | | | | | |
| 177 | | Form 10-K Vistaprint Limited period ended June 30, 2009 | VP-CQ0079350-463 | | B | | | | | | |
| 178 | | Form 10-K Vistaprint N.V. period June 30, 2010 | VP-CQ0079464-572 | | B | | | | | | |
| 179 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 180 | | ColorQuick 2005 Business Plan | CQ-E003720 | HC | C | | | | | | |
| 181 | 07/23/08 | Settlement and License Agreement between ColorQuick and Kodak | CQ005836-45 | HC | B | | | | | | |
| 182 | 08/25/04 | Vistaprint: Company Presentation | VP-CQ0028527-57 | HC | B | | | | | | |
| 183 | 05/18/07 | Think Gutenberg 2.0 – Lexington online printing firm, already growing at Google speed, adds custom T-shirts to the mix | VP-CQ0073946-947 | | B | | | | | | |
| 184 | 08/20/07 | Building a Brand Name, Via Business Cards | VP-CQ0073939-40 | | B | | | | | | |
| 185 | 04/02/04 | Purchase and Sale Agreement between Vistaprint and Beta Consulting | VP-CQ0074695-99 | HC | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential*
*\*\* Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment*

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 186 | July 2001 | print e-business report: where have all the dot-coms gone? | VP-CQ0025351-54 | HC | B | | | | | | |
| 187 | Jan. 2006 | Vistaprint: Marketing Introduction Presentation | VP-CQ0026336-413 | HC | C | | | | | | |
| 188 | Nov. 2006 | Printing Impressions: Vistaprint enjoy a high level of auto-mation through the cutting process. Here a polar cutter dices up business cards | VP-CQ0073948-50 | | C | | | | | | |
| 189 | 07/10/00 | Press Release: "Vistaprint Com Moves Its Headquarters To Massachusetts" | VP-CQ0078428 | | C | | | | | | |
| 190 | 03/17/03 | Press Release: "New Vistaprint Family Web Site Solves Consumers' Custom Printing Needs" | VP-CQ0078429 | | C | | | | | | |
| 191 | 12/29/03 | Press Release: "Vistaprint Reaches 3 Million Customer Mark" | VP-CQ0078430 | | C | | | | | | |
| 192 | 12/11/07 | Press Release: "Vistaprint Named Finalist for MITX Award" | VP-CQ0078431-32 | | C | | | | | | |
| 193 | 03/19/08 | Press Release: "Vistaprint Earns Two Awards from Computerworld" | VP-CQ0078433 | | C | | | | | | |
| 194 | 05/07/08 | Press Release: "Vistaprint Wins Windsor Chamber of Commerce Business Excellence Award" | VP-CQ0078434 | | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 195 | 11/07/08 | Press Release: "Vistaprint CEO Named Top Executive By Mass Technology Leadership Council" | VP-CQ0078435 | | C | | | | | | |
| 196 | 06/11/09 | Press Release: "Vistaprint Named to Internet Retailer 500 List for Fourth Consecutive Year" | VP-CQ0078436 | | C | | | | | | |
| 197 | 08/27/09 | Press Release: "Vistaprint Named to Fortune 100 Fastest Growing Companies List" | VP-CQ0078437 | | C | | | | | | |
| 198 | | INTENTIONALLY LEFT BLANK | | | | | | | | | |
| 199 | | Vistaprint's expansion into new markets and innovative emerging companies keep competitive landscape intense | VP-CQ0025242-65 | HC | B | | | | | | |
| 200 | | Workstream Development Services | CQ004629-34 | HC | C | | | | | | |
| 201 | | 2006_Dec12-05_Budget.xls | CQ-E003724 | HC | C | | | | | | |
| 202 | | cqbudget_2004.xls | CQ-E003670 | HC | C | | | | | | |
| 203 | | QB_budget1.xls | CQ-E003722 | HC | C | | | | | | |
| 204 | | Three year P&L.xls | CQ-E003732 | HC | C | | | | | | |
| 205 | 07/17/08 | Small Print Jobs for Peanuts: Vistaprint's online design tools for clients and whizzy presses can slash | VP-CQ0073941-42 | | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | costs by 80% | | | | | | | | | |
| 206 | 02/13/06 | Technology (A Special Report) – The New Paper Trail | VP-CQ0073943-45 | | B | | | | | | |
| 207 | Jun. 2003 | Investor  Presentation | VP-CQ0030527-557 | HC | B | | | | | | |
| 208 | April 2009 | Vistaprint New Products: Immersion Day | VP-CQ0029731-847 | HC | B | | | | | | |
| 209 | Nov. 1988 | Journal of Patent and Patent and Trademark Office Society: Product Substitutes and Calculation of Patent Damages | VP-CQ0079639-52 | | B | | | | | | |
| 210 | | OECD Science, Technology and Industry Working Papers 2002/11: Competition Policy and Innovation, C. Shapiro | VP-CQ0079653-87 | | B | | | | | | |
| 211 | 05/2005 | "The New Importance of Materiality," Journal of Accountancy (May 2005) | VP-CQ0079625-29 | | B | | | | | | |
| 212 | 12/14/10 | "Quarterly U.S. Commercial Printing Profits," What They Think? (December 14, 2010) | VP-CQ0079630-38 | | B | | | | | | |
| 213 | | text.txt (Vistaprint source code) | VP-CQSC0001001 | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 214 | | jsstudio.txt (Vistaprint source code) | VP-CQSC0001002-13 | HC | B | | | | | | |
| 215 | | vp.studio.AddImage (Vistaprint source code) | VP-CQSC0001014-17 | HC | B | | | | | | |
| 216 | | CropInfo.cs (Vistaprint source code) | VP-CQSC0001018-22 | HC | B | | | | | | |
| 217 | | ImageCropInfo.cs (Vistaprint source code) | VP-CQSC0001023-34 | HC | B | | | | | | |
| 218 | | IRenderableImage.cs (Vistaprint source code) | VP-CQSC0001035 | HC | B | | | | | | |
| 219 | | Rotation.cs (Vistaprint source code) | VP-CQSC0001036-43 | HC | B | | | | | | |
| 220 | | clpep.vbp (Vistaprint source code) | VP-CQSC0001044 | HC | B | | | | | | |
| 221 | | setup.bas (Vistaprint source code) | VP-CQSC0001045 | HC | B | | | | | | |
| 222 | | public.bas (Vistaprint source code) | VP-CQSC0001046 | HC | B | | | | | | |
| 223 | | frmclpep.frm (Vistaprint source code) | VP-CQSC0001047-48 | HC | B | | | | | | |
| 224 | | pep_mod.bas (Vistaprint source code) | VP- | HC | B | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | CQSC0001049-54 | | | | | | | | |
| 225 | | vp.upload.Upload (Vistaprint source code) | VP-CQSC0001055-59 | HC | B | | | | | | |
| 226 | | jsupload.txt (Vistaprint source code) | VP-CQSC0001060 | HC | B | | | | | | |
| 227 | | vp.studio.commands.Resize (Vistaprint source code) | VP-CQSC0001061-63 | HC | B | | | | | | |
| 228 | | vp.studio.commands.Rotate (Vistaprint source code) | VP-CQSC0001064-66 | HC | B | | | | | | |
| 229 | | vp.studio.commands.Crop (Vistaprint source code) | VP-CQSC0001067-70 | HC | B | | | | | | |
| 230 | | modPDFLib.bas (Vistaprint source code) | VP-CQSC0001071-76 | HC | B | | | | | | |
| 231 | | PdfMetadataReaderWorker.cs (Vistaprint source code) | VP-CQSC0001077-80 | HC | B | | | | | | |
| 232 | | DigitalRipWorker.cs (Vistaprint source code) | VP-CQSC0001081-85 | HC | B | | | | | | |
| 233 | 1985 | "Competitive Advantage: Creating and Sustaining Superior Performance," by | | | C | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Michael R. Porter dated 1985 | | | | | | | | | |
| 234 | July 1988 | "Differentiation versus Low Cost or Differentiation and Low Cost: A Contingency Framework," by Charles W. L. Hill, *The Academy of Management Review*, Vol. 13, No. 3 (Jul., 1988), pp. 401-412 | | | C | | | | | | |
| 235 | 1992 | "Generic Strategies and Congruent Organisational Structures," by David Faulkner and Cliff Bowman, *European Management Journal* 10(4) (1992), pp. 494-499 | | | C | | | | | | |
| 236 | 1999-2010 | "Competitive Advantage," Internet Center for Management and Business Administration, Inc., 1999-2010 at http://www.quickmba.com/strategy/competitive-advantage | | | C | | | | | | |
| 237 | 02/23/06 | Equity Research Report, William Blair & Co. | VP-CQ0078469-94 | | C | | | | | | |
| 238 | 06/25/08 | Memorandum Opinion & Order from *Colorquick, LLC v. Eastman Kodak Co.*, Civil Action No. 6:06-CV-390 | | | B | | | | | | |
| 239 | 02/17/10 | Plaintiff's Initial Disclosures Pursuant to Discovery Order | | | I | | | | | | |
| 240 | 03/04/10 | Plaintiff's Additional Disclosures | | | I | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential*
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment*

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Pursuant to Discovery Order | | | | | | | | | |
| 241 | 01/24/11 | Plaintiff's First Amended Additional Disclosures Pursuant to Discovery Order | | | I | | | | | | |
| 242 | 09/29/10 | Plaintiff's First Amended Disclosures Under P.R. 3-1 | | | I | | | | | | |
| 243 | 11/22/10 | Plaintiff's Supplemental First Amended Disclosures Under P.R. 3-1 | | | I | | | | | | |
| 244 | 03/26/08 | Oral and Videotaped Deposition of Jeremy Herr from ColorQuick, LLC v. Eastman Kodak Company, Civil Action No. 6:06-CV-390 | CQ 006461-648 | C | I | | | | | | |
| 245 | 05/08/07 | U.S. Patent 7,216,092 titled "Intelligent Personalization System and Method" issued to R. Weber et al. | VP_OMX00001-41 | A | | | | | | | |
| 246 | 03/21/06 | U.S. Patent 7,016,865 titled "Personalization Format Converter System and Method" issued to R. C. Weber et al. | VP_OMX00042-63 | A | | | | | | | |
| 247 | | CREO Color Servers, About Us webpage www.creo.com/data/About%20Us/default.aspx | | | I | | | | | | |
| 248 | 03/01/03 | "CREO Sues Printcafe, EFI to Block Acquisition Bid", http://americanprinter.com/mag/printing_creo_sues_printcafe_2 | | | I | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

| DX Trial Ex # | Date | Description | Bates No. | Conf. Desig* | Category** | Marked | Offered | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 249 | | Curriculum Vitae of David L. Zwang | | A | | | | | | | |
| 250 | | Curriculum Vitae of W. Christopher Bakewell, ASA, CLP | | A | | | | | | | |

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential
** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on all counsel who are deemed to have consented to electronic service.  Local  Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile and/or U.S. First Class Mail on June 15, 2011.

*/s/ Brian P. Wikner*

*Confidentiality Designation:  (HC) Highly Confidential-Attorneys Eyes Only; (C) Confidential*
*** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) Impeachment**