**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| COLORQUICK, L.L.C.,<br>    Plaintiff<br><br>v.<br>VISTAPRINT LIMITED and<br>OFFICEMAX INCORPORATED,<br>    Defendants | CASE NO.  6:09-cv-323-LED<br><br>PLAINTIFF'S FIFTH AMENDED<br>EXHIBIT LIST | LEONARD DAVIS<br>Judge Presiding<br><br>Jury Trial/Hearing<br><br>Date(s): 6/13/2011 |
| --- | --- | --- |
| Plaintiff's Attorney(s):<br>Patrick Conroy<br>Justin Kimble | Defendant's Attorneys:<br>Thomas Friel<br>Chris Campbell | Court Reporter: Shea Sloan<br><br>Courtroom Deputy: Rosa Ferguson |

*** Categories: (A) - Will Use; (B) - May Use; (C) Probably Won't Use; (I) – Impeachment*

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | Certified copy of U.S. Patent No. 6,839,149, "Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File, Herr, 1/4/2005 | N/A | A | | | | |
| 2 | U.S. Patent No. 6,839,149, "Preparation of Production Data for a Print Job Using a Still Image Proxy of a Page Description Language Image File," Herr, 1/4/2005 | CQ001654-1686 | A | | | | |
| 3 | Certified copy of the file wrapper for U.S. Patent No. 6,839,149<br>Exh. 3A Part 1<br>Exh. 3B Part 2 (CD) | N/A | A | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 4 | File wrapper for U.S. Patent No. 6,839,149 | CQ001467-1653 | A | | | | |
| 5 | Certified copy of the 3/19/2002 Assignment of the U.S. Patent No. 6,839,149 from Jeremy Herr to ColorQuick.com | N/A | A | | | | |
| 6 | 3/19/2002 Assignment of the U.S. Patent No. 6,839,149 from Jeremy Herr to ColorQuick.com | CQ002008-2011 | A | | | | |
| 7 | Certified copy of the 9/5/2007 Assignment of the U.S. Patent No. 6,839,149 from Jeremy Herr to ColorQuick, L.L.C | N/A | A | | | | |
| 8 | 9/5/2007 Assignment of the U.S. Patent No. 6,839,149 from Jeremy Herr to ColorQuick, L.L.C. | CQ001691-1692 | A | | | | |
| 9 | INTENTIONALLY LEFT BLANK | | | | | | |
| 10 | Inventor's Notebook of handwritten notes by Jeremy Herr | CQ002311-2393 | A | | | | |
| 11 | Colorquick – Business Plan, Concept Draft #3 | CQ-E000032 | A | | | | |
| 12 | ColorQuick Business Plan – July 23, 2002 – Draft | CQ005136-5183 | A | | | | |
| 13 | ColorQuick Business Plan 2005 | CQ-E003720 | B | | | | |
| 14 | ColorQuick.com, LLC Executive Summary | CQ003880-3903 | B | | | | |
| 15 | Hoover's Company Profile of The Composing Room, Inc., 12/01/2010 | VP-CQ0078462-78468 | B | | | | |
| 16 | INTENTIONALLY LEFT BLANK | | | | | | |
| 17 | Handwritten notes by Mark Weiss re: 12/19/01 DAL meeting | CQ005076-5081 | B | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 18 | 8/26/2000 press release, "ColorQuick Makes Seybold's 25 HotPicks" | CQ-E000059 | B | | | | |
| 19 | 8/29/2000 press release, "ColorQuick.com Launches Beta Site for Automated Print-Estimating Technology" | CQ-E000056 | B | | | | |
| 20 | Appendix with source code regarding U.S. Patent No. 6,839,149 | CQ001748-1885 | A | | | | |
| 21 | INTENTIONALLY LEFT BLANK | | | | | | |
| 22 | INTENTIONALLY LEFT BLANK | | | | | | |
| 23 | INTENTIONALLY LEFT BLANK | | | | | | |
| 24 | INTENTIONALLY LEFT BLANK | | | | | | |
| 25 | INTENTIONALLY LEFT BLANK | | | | | | |
| 26 | 8/26/2000 press release, "The Henry Ford of Pre-press Printing" | CQ005132-5135 | B | | | | |
| 27 | 1/10/2002 press release, "magSend Makes Digital Ad Submission Easier Than Ever" | CQ000169 | B | | | | |
| 28 | 1/14/2002 press release, "Patent-Pending QuickFit Technology Makes Fine Tuning Digital Ad Submission on magSend Fast, Convenient" | CQ000167-168 | B | | | | |
| 29 | 2/20/2002 press release, "Patent-Pending QuickFit™ Technology from magSend Makes Fine Tuning Digital Ad Submission Fast, Convenient" | CQ000001-3 | A | | | | |
| 30 | magSend, Delivering Ads to Magazines Online, On Time & In-Spec | CQ008169 | A | | | | |
| 31 | magSend presentation, "It's about time. A better way of delivering ads to magazines" | CQ000004-38 | A | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 32 | User's Guide – "The magSend System" | CQ000118-149 | A | | | | |
| 33 | "ColorQuick.com magSend Veroproof Workstream" brochure | CQ007179-7196 | A | | | | |
| 34 | INTENTIONALLY LEFT BLANK | | | | | | |
| 35 | Vistaprint "Training Overview," 1/2004 | VP-CQ0030157-30207 | B | | | | |
| 36 | ColorQuick LLC Balance Sheet as of 12/31/2002 | CQ005718-5730 | B | | | | |
| 37 | ColorQuick LLC Balance Sheet as of 12/31/2003 | CQ005731-5747 | B | | | | |
| 38 | ColorQuick LLC Balance Sheet as of 12/31/2004 | CQ005748-5765 | B | | | | |
| 39 | ColorQuick LLC Balance Sheet as of 12/31/2005 | CQ005766-5782 | B | | | | |
| 40 | ColorQuick LLC Balance Sheet as of 12/31/2006 | CQ005783-5798 | B | | | | |
| 41 | ColorQuick LLC Balance Sheet as of 12/31/2007 | CQ005799-5814 | B | | | | |
| 42 | ColorQuick LLC Balance Sheet as of 12/31/2008 | CQ005815-5831 | B | | | | |
| 43 | ColorQuick LLC Balance Sheet as of 12/31/2009 | CQ005832-5835 | B | | | | |
| 44 | ColorQuick 2004 Budget | CQ-E003670 | B | | | | |
| 45 | ColorQuick LLC- 2005 P&L Statement | CQ-E003722 | B | | | | |
| 46 | ColorQuick 2006 Budget | CQ-E003724 | B | | | | |
| 47 | TechTerms.com JPEG (Joint Photographic Experts Group) definition | CQ007238 | B | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 48 | TechTerms.com PostScript definition | CQ007239 | B | | | | |
| 49 | TechTerms.com BMP (Bitmap) definition | CQ007240 | B | | | | |
| 50 | TechTerms.com, "XML (Extensible Markup Language)" definition | CQ009154 | B | | | | |
| 51 | Prepressure.com article, "The TIFF/IT file format" | CQ009155-9157 | B | | | | |
| 52 | INTENTIONALLY LEFT BLANK | | | | | | |
| 53 | INTENTIONALLY LEFT BLANK | | | | | | |
| 54 | INTENTIONALLY LEFT BLANK | | | | | | |
| 55 | INTENTIONALLY LEFT BLANK | | | | | | |
| 56 | INTENTIONALLY LEFT BLANK | | | | | | |
| 57 | INTENTIONALLY LEFT BLANK | | | | | | |
| 58 | Vistaprint presentation by Robert Keane | VP-CQ0007104-7135 | A | | | X | |
| 59 | Vistaprint presentation by Robert Keane, 9/2006 | VP_CQ0039281-39324 | A | | | X | |
| 60 | Vistaprint "Content & Studio," Laban Eilers, 4-2-2007 | VP-CQ0028394-28402 | A | | | | |
| 61 | Vistaprint "PAPICS / IECapture," Martijn Stevenson | VP_CQ0035374-35386 | A | | | | |
| 62 | TechWiki article, "Inline cropping" | VP-CQ0018440-18441 | A | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 63 | Vistaprint website:  Factsheet | CQ007241 | A | | | X | |
| 64 | Vistaprint website:  Acceptable File Formats | CQ007242-7245 | A | | | | |
| 65 | Vistaprint website:  Artwork Specifications | CQ007246-7247 | A | | | | |
| 66 | Vistaprint website:  Postcards | CQ007248-7250 | A | | | | |
| 67 | Vistaprint website:  Upload Help | CQ007251-7252 | A | | | | |
| 68 | Vistaprint website:  Customer Service Center | CQ007253-7254 | A | | | | |
| 69 | Vistaprint website: Help page regarding Rotate and Align | CQ007255 | A | | | | |
| 70 | Screenshots from Vistaprint.com demonstrating process of ordering prints using an uploaded PDL image file | CQ007198-7237 | A | | | | |
| 71 | INTENTIONALLY LEFT BLANK | | | | | | |
| 72 | INTENTIONALLY LEFT BLANK | | | | | | |
| 73 | INTENTIONALLY LEFT BLANK | | | | | | |
| 74 | Vistaprint "Navigation – How To" | VP-CQ0027202-27207 | A | | | | |
| 75 | Vistaprint "Design Wizard for Letterhead" | VP-CQ0013147-13149 | A | | | | |
| 76 | 11/17/2003 Email from HB Weinberg to ALL, et al, re: Release 10.8 in Production! | VP-CQ0027307-27308 | A | | | | |
| 77 | 2/14/2007 Email from Emily Myerson re: Upload Initiative Update | VP-CQ0008722-8723 | A | | | X | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 78 | Vistawiki article, "Advanced SSR studio" | VP_CQ0034864-34865 | A | | | | |
| 79 | Vistaprint Exemplary Studio XML file | VP-CQ0077795-77820 | A | | | | |
| 80 | Vistaprint Source code, jsstudio.txt | VP-CQSC0001002-1013 | A | | | | |
| 81 | Vistaprint Source code document, Class vp.studio.AddImage | VP-CQSC0001014-1017 | A | | | | |
| 82 | Vistaprint Source code, CropInfo.cs | VP-CQSC0001018-1022 | A | | | | |
| 83 | Vistaprint Source code, ImageCropInfo.cs | VP-CQSC0001023-1034 | A | | | | |
| 84 | Vistaprint Source code, IRenderableImage.cs | VP-CQSC0001035 | A | | | | |
| 85 | Vistaprint Source code, Rotation.cs | VP-CQSC0001036-1043 | A | | | | |
| 86 | Vistaprint Source code, clpep.vbp | VP-CQSC0001044 | A | | | | |
| 87 | Vistaprint Source code, setup.bas | VP-CQSC0001045 | A | | | | |
| 88 | Vistaprint Source code, public.bas | VP-CQSC0001046 | A | | | | |
| 89 | Vistaprint Source code, frmclpep.frm | VP-CQSC0001047-1048 | A | | | | |
| 90 | Vistaprint Source code, pep_mod.bas | VP-CQSC0001049-1054 | A | | | | |
| 91 | Vistaprint Source code document, Class vp.upload.Upload | VP-CQSC0001055-1059 | A | | | | |
| 92 | Vistaprint Source code, jsupload.txt | VP-CQSC0001060 | A | | | | |
| 93 | Vistaprint Source code document, Class vp.studio.commands.Resize | VP-CQSC0001061-1063 | A | | | | |
| 94 | Vistaprint Source code document, Class vp.studio.commands.Rotate | VP-CQSC0001064-1066 | A | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 95 | Vistaprint Source code, document, Class vp.studio.commands.Crop | VP-CQSC0001067-1070 | A | | | | |
| 96 | Vistaprint Source code, modPDFLib.bas | VP-CQSC0001071-1076 | A | | | | |
| 97 | Vistaprint Source code, PdfMetadataReaderWorker.cs | VP-CQSC0001077-1080 | A | | | | |
| 98 | Vistaprint Source code, DigitalRipWorker.cs | VP-CQSC001081-1085 | A | | | | |
| 99 | Vistawiki article, "Upload supported file type" | VP-CQ0000398-400 | A | | | | |
| 100 | Vistawiki articles | VP-CQ0000001-157 | B | | | | |
| 101 | Vistawiki article, "Old Studio" | VP-CQ0000478-482 | A | | | | |
| 102 | Vistaprint presentation, "Holiday 2009 For Web Creative," by Christine Wallace | VP-CQ0001667-1693 | B | | | | |
| 103 | Vistaprint presentation, "Website Paths and Areas of Customer Experience," by Aimee FitzGerald, 1/3/2008 | VP-CQ0002246–2286 | A | | | | |
| 104 | Vistaprint presentation, "Agenda - Marketing Services February Quarterly" | VP-CQ0003284-3379 | B | | | | |
| 105 | Vistaprint presentation, "Marketing Overview," by Janet Holian, 3/2006 | VP_CQ0050836-50863 | A | | | X | |
| 106 | Vistaprint presentation, "Company Presentation August 25, 2004" | VP-CQ0007051–7081 | A | | | | |
| 107 | Vistaprint presentation, "Project Brief – Full Upload Path Improvements" | VP-CQ0008714–8721 | A | | | | |
| 108 | Vistaprint presentation, "KIFG: Content and User Experience, Executive Update" August 2007 | VP-CQ0010468–10547 | A | | | | |
| 109 | Vistaprint, "Competitive Presentation," by Maura McCarthy, 2/22/2007 | VP-CQ0011704-11726 | A | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 110 | Vistaprint presentation, "Enhanced Document Design, Conceptualization Meeting" 1/10/2007 | VP-CQ0012253–12277 | A | | | | |
| 111 | Vistaprint presentation, "Molecular Final Presentation" | VP-CQ0012660-12726 | B | | | | |
| 112 | Vistaprint presentation, "Molecular Qualitative Customer Research Discussion," 3/10/2005 | VP-CQ0012737-12765 | B | | | | |
| 113 | Vistaprint presentation, "Molecular Appendix: Survey Results" | VP-CQ0012766-12811 | A | | | | |
| 114 | Vistaprint presentation, "Molecular VistaPrint Usability Test," 6/23/2005 | VP-CQ0012812-12850 | A | | | | |
| 115 | VistaPrint Website Workflow | VP-CQ0012851-12883 | B | | | | |
| 116 | Vistaprint presentation, "Upload Update for Quality Team," 01/24/2007 | VP-CQ0012913–13929 | A | | | | |
| 117 | VistaPrint presentation, "Upload Status" | VP-CQ0012939-12953 | B | | | | |
| 118 | Vistaprint presentation, "Upload Quality Improvement Marketing Kick-Off" by Emily Myerson 07/24/2007 | VP-CQ0012970–12978 | A | | | | |
| 119 | Vistaprint "Site Optimization Review Upload Quality Improvement" 7/2007 | VP-CQ0013609-13610 | B | | | | |
| 120 | VistaPrint presentation, "Management Update for Board of Directors," 7/31/2003 | VP-CQ0020077-20224 | B | | | X | |
| 121 | Vistaprint presentation, "Monitor Group 2008 Strategy Off-site," 2/12-13/2007 | VP-CQ0024071-24102 | B | | | X | |
| 122 | Vistaprint presentation, "Start-up to $250m i.e. the warm up," by Wendy Cebula 10/04/2007 | VP-CQ0028352–28393 | A | | | X | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 123 | Vistawiki article, "LivePreview" | VP_CQ0034955-34960 | B | | | | |
| 124 | Vistawiki article, "Upload relocation project" | VP_CQ0035049-35072 | B | | | X | |
| 125 | TechWiki article, "Upload" | VP_CQ0035139-35141 | A | | | | |
| 126 | 8/26/2008 Email from Satish Pai to Susan DiTullio re: Career Progression Slide for Martijn Stevenson | VP_CQ0060424–60425 | A | | | | |
| 127 | Total upload bookings for 2005 – April, May 2010 | VP-CQ0073537 | A | | | | |
| 128 | Relationship Diagram (Liberman Exh. 23) | VP-CQ0073538-73539 | B | | | | |
| 129 | Sales based data for 2005-2010 | VP-CQ0073560 | A | | | | |
| 130 | Vistawiki article, "Studio" | VP-CQ0001019-1021 | A | | | | |
| 131 | VistaPrint.com:  Leading the Way in Process Redesign E-Printing, July 2000 | VP-CQ0077639-77647 | B | | | | |
| 132 | Vistawiki article, "Document XML" | VP_CQ0034901 | B | | | | |
| 133 | INTENTIONALLY LEFT BLANK | | | | | | |
| 134 | INTENTIONALLY LEFT BLANK | | | | | | |
| 135 | Vistawiki article, "IE Capture" | VP-CQ0000266-267 | B | | | | |
| 136 | INTENTIONALLY LEFT BLANK | | | | | | |
| 137 | INTENTIONALLY LEFT BLANK | | | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 138 | Vistawiki article, "DrawDocs" | VP-CQ0000219-220 | A | | | | |
| 139 | VistaPrint PAPICS/IECapture, Martijn Stevenson 12/2005 | VP_CQ0060736-748 | B | | | | |
| 140 | Vistawiki article, "PAPICS" | VP-CQ0000704-710 | A | | | | |
| 141 | Vistawiki article, "Upload" | VP-CQ0001340-1347 | A | | | | |
| 142 | INTENTIONALLY LEFT BLANK | | | | | | |
| 143 | Vistawiki article, "ImagePreview" | VP-CQ0000824-826 | B | | | | |
| 144 | Vistawiki article, "PAPICS functionality" | VP-CQ0000586-587 | B | | | | |
| 145 | Vistawiki article, "PAPICS image size validation" | VP-CQ0000324-325 | B | | | | |
| 146 | INTENTIONALLY LEFT BLANK | | | | | | |
| 147 | Customizing free business card – from VP website | VP-CQ0078115-78116 | B | | | | |
| 148 | Adobe PostScript – Encapsulated PostScript File Format specification Ver. 3.0, 5/1/92 | VP-CQ0078130-78163 | B | | | | |
| 149 | Updated Vistaprint Upload Bookings Data by Quarter, 1/1/2005 - 12/15/2010 | VP-CQ0073560-1 | A | | | | |
| 150 | Vistaprint Spreadsheet re: Upload bookings | VP-CQ0073560-2 | A | | | | |
| 151 | Vistaprint spreadsheet re: competitors, native production - CD | VP-CQ0011727 | A | | | | |
| 152 | "New Vistaprint FamilyWeb Site Solves Consumers' Custom Printing Needs", Press Release, March 17, 2003. | CQ009143-9144 | B | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 153 | Vistaprint Board of Directors Meeting, 9/25/2000 | VP-CQ0077561-77638 | A | | | | |
| 154 | VistaPrint, Board of Directors Meeting, 1/30/2001 | VP-CQ0019611-19690 | B | | | | |
| 155 | VistaPrint.com Technologies: Market Differentiators Technical and Market Analysis, July 7, 2000. | VP-CQ0077648-77663 | B | | | | |
| 156 | Vistaprint software - Uploads.txt (Liberman Exh. 24) | VP-CQ0073536 | B | | | | |
| 157 | Vistaprint software - Product.txt (Liberman Exh. 25) | VP-CQ0073536 | B | | | | |
| 158 | Vistaprint software - Order.txt (Liberman Exh. 26) | VP-CQ0073536 | B | | | | |
| 159 | Vistaprint software - item_id, alt_order_id, shopper_id_price_usd pf_id (Liberman Exh. 27) | VP-CQ0073536 | B | | | | |
| 160 | Vistaprint Acceptable File Formats | VP-CQ0008733-8737 | A | | | | |
| 161 | "VistaPrint.com Heuristic Evaluation – Upload Path," 01/19/2007 | VP-CQ0016399-16422 | B | | | | |
| 162 | Vistawiki article, "PNG" | VP-CQ0000346-348 | B | | | | |
| 163 | VistaPrint presentation, "Customer Research" | VP-CQ0026605-26615 | A | | | | |
| 164 | Vistaprint spreadsheet, Upload Pro Path | VP_CQ0064250 | B | | | | |
| 165 | Vistawiki article, "DrawDocs2 project page" | VP_CQ0034902-34926 | A | | | | |
| 166 | Vistawiki article, "DrawDocs process flow" | VP_CQ0034927-34928 | A | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 167 | INTENTIONALLY LEFT BLANK | | | | | | |
| 168 | INTENTIONALLY LEFT BLANK | | | | | | |
| 169 | VistaPrint.com, "Site Visitor Survey," submitted by *MindSearch*, June 2000 | VP-CQ0025546-25625 | B | | | | |
| 170 | Vistaprint "Business Identity Design Path Options" | VP-CQ0011285-11286 | A | | | | |
| 171 | Vistaprint flowchart – Plant-Bermuda-Customers | VP_CQ0035035 | B | | | | |
| 172 | Vistaprint flowchart – Plant-Bermuda-Customers | VP_CQ0035036 | B | | | | |
| 173 | Vistawiki article, "Image Cropping" | VP_CQ0034934-34939 | A | | | | |
| 174 | Vistawiki article, "Image rotation" | VP-CQ0000285 | A | | | | |
| 175 | VistaPrint.com, "Light Studio-Requirements Definition," by Sebastien Coursol, 8/14/2001 | VP-CQ0073743-73750 | B | | | | |
| 176 | Vistaprint flowchart – PAPICS GP Monitor | VP_CQ0061696 | B | | | | |
| 177 | Vistaprint "Release Notes V5.41 – Bridge," introducing Bug Fixes, Enhancements, Database Modifications, and INI FILE changes | VP-CQ0077321 | B | | | | |
| 178 | Vistaprint "Release Notes V5.5 – Bridge," introducing Bug Fixes, and INI FILES changes | VP-CQ0077336 | B | | | | |
| 179 | Vistawiki article, "Studio development log" | VP-CQ0000965 | B | | | | |
| 180 | Vistawiki article, "Studio feature usage analysis" | VP-CQ0000977 | B | | | | |
| 181 | Vistawiki article, "Studio image rotation" | VP-CQ0000994 | A | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 182 | Vistaprint "Tote Bags – Order Path Overview" | VP-CQ0001795-1845 | B | | | | |
| 183 | Vistawiki article, "Transformation matrix" | VP-CQ0000395 | A | | | | |
| 184 | Vistaprint "Competitive Summary July 2009" | VP_CQ0069524-69555 | A | | | | |
| 185 | 10/23/2000 Email chain to/from Erik Robertson and Sebastien Coursol re: Papics | COURSOL-0000031-32 | B | | | | |
| 186 | 12/23/2010 Email chain to/from Sebastien Coursol and Brian Wikner re: preparation of demonstrative video | COURSOL-0000074-78 | A | | | | |
| 187 | 12/28/2010 Email chain to/from Sebastien Coursol and Brian Wikner re: VistaStudio 5.1 Demo Videos | COURSOL-0000080-83 | A | | | | |
| 188 | 12/28/2010 Email from Sebastien Coursol to Brian Wikner re: updated VistaStudio 5.1 demo Video | COURSOL-0000084 | A | | | | |
| 189 | 12/28/2010 Email chain to/from Brian Wikner and Sebastien Coursol re: VistaStudio 5.1 Demo Videos. | COURSOL-0000085-88 | A | | | | |
| 190 | 12/28/2010 Email chain to/from Brian Wikner and Sebastien Coursol re: Video of demo | COURSOL-0000089-92 | A | | | | |
| 191 | Vistaprint N.V. Form S-1/A, filed 9/13/2006 | VP-CQ0031100-31286 | B | | | X | |
| 192 | Vistaprint N.V. 10-K for year end 6/30/2006 | VP-CQ0031287-31388 | A | | | X | |
| 193 | Vistaprint N.V. 10-K for year end 6/30/2007 | VP-CQ0031389-31504 | A | | | X | |
| 194 | Vistaprint N.V. 10-K for year end 6/30/2008 | VP-CQ0031505-31613 | A | | | X | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 195 | Vistaprint N.V. 10-K for year end 6/30/2009 | VP-CQ0079350-79463 | A | | | X | |
| 196 | Vistaprint N.V. 10-K for year end 6/30/2010 | VP-CQ0079464-79572 | A | | | X | |
| 197 | Vistaprint draft version Annual Operating Plan Fiscal Year 2008 | VP-CQ0024135–24240 | A | | | X | |
| 198 | VistaPrint presentation, "Canaccord Adams 28th Annual Growth Conference" | VP-CQ0003488-3529 | B | | | X | |
| 199 | Vistaprint "Q4 and Fiscal Year 2008 Earnings Presentation," 7/31/2008 | VP-CQ0003530-3571 | B | | | X | |
| 200 | Barrington Research Report re: VistaPrint, 10/28/2009 | VP-CQ0003581-3613 | A | | | X | |
| 201 | Bear Stearns report re: VistaPrint Ltd., "A Paradigm Shift in Printing," 11/16/2005 | VP-CQ0003614-3665 | B | | | X | |
| 202 | SG Cowen & Co. report re: VistaPrint, "Exciting Story in Boring Industry," 11/9/2005 | VP-CQ0003696-3718 | B | | | X | |
| 203 | Agreement between MapQuest, Inc. and VistaPrint Limited, 3/7/2008 | VP-CQ0073540-73554 | B | | | | |
| 204 | 9/22/2009 Amendment No. 1 to the 3/7/2008 MapQuest Advantage API Agreement with VistaPrint Limited | VP-CQ0073555-73556 | B | | | | |
| 205 | 2/24/2010 Amendment No. 2 to the 3/7/2008 MapQuest Platform: Enterprise Edition Agreement with VistaPrint Limited | VP-CQ0073557-73559 | B | | | | |
| 206 | 10/20/2010 Patent License & Settlement Agreement between Soverain Software LLC and Vistaprint, N.V. | VP-CQ0079740-79750 | A | | | X | |
| 207 | William Blair & Company report re: Vistaprint Limited, 2/23/2006 | VP-CQ0078469-78494 | B | | | X | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 208 | Purchase and Sale Agreement between VistaPrint Technologies and Beta Consulting, 04-02-2004 | VP-CQ0074695-74699 | A | | | X | |
| 209 | Vistaprint Summary of Revenue Spreadsheet, native file - CD | VP-CQ0007705 | B | | | X | |
| 210 | INTENTIONALLY LEFT BLANK | | | | | | |
| 211 | INTENTIONALLY LEFT BLANK | | | | | | |
| 212 | INTENTIONALLY LEFT BLANK | | | | | | |
| 213 | INTENTIONALLY LEFT BLANK | | | | | | |
| 214 | INTENTIONALLY LEFT BLANK | | | | | | |
| 215 | INTENTIONALLY LEFT BLANK | | | | | | |
| 216 | INTENTIONALLY LEFT BLANK | | | | | | |
| 217 | INTENTIONALLY LEFT BLANK | | | | | | |
| 218 | INTENTIONALLY LEFT BLANK | | | | | | |
| 219 | INTENTIONALLY LEFT BLANK | | | | | | |
| 220 | INTENTIONALLY LEFT BLANK | | | | | | |
| 221 | INTENTIONALLY LEFT BLANK | | | | | | |
| 222 | INTENTIONALLY LEFT BLANK | | | | | | |
| 223 | INTENTIONALLY LEFT BLANK | | | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 224 | CV of Ping Wah Wong | N/A | A | | | | |
| 225 | CV of Alan Ratliff, CPA-CFF-MPA-JD | N/A | A | | | | |
| 226 | Exhibits and Workpapers to the Rule 26 Expert Report of Alan Ratliff, 12/10/2010 | N/A | A | | | X | |
| 227 | Supplemental Exhibits and Workpapers to the Rule 26 Rebuttal & Supplemental Report of Alan Ratliff, 2/17/2011 | N/A | A | | | X | |
| 228 | Settlement and License Agreement between ColorQuick, LLC and Eastman Kodak Company, 7/23/2008 | CQ005836-5845 | A | | | | |
| 229 | Quick Printing article, "Automate Your Workflow," by John Giles, 7/1/2008 | CQ007256-7257 | A | | | | |
| 230 | "Industry Royalty Rate Summary," Licensing Economics Review (December 2005) | CQ007260-7262 | A | | | X | |
| 231 | "A Survey of Licensed Royalties," by Stephen A. Degnan et al, les Nouvelles (June 1997) | CQ007263-7268 | A | | | X | |
| 232 | "Changes in U.S. Patent Licensing Over the Past Twenty Years," by Dr. Stephen A. Degnan, et al, les Nouvelles March 2006 | CQ007269-7275 | A | | | X | |
| 233 | Excerpt from Litigation Services Handbook, from Section 22.6 Reasonable Royalty (Wiley 2007) | CQ007276-7277 | A | | | X | |
| 234 | Printcafe Software Inc. Form 10-K for the period ended December 31, 2002 | CQ007805-7931 | A | | | X | |
| 235 | Quick Printing article, "Prepress takes the lead," by John Giles, 10/1/2007 | CQ007934-7937 | A | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 236 | "Perspective: The most powerful Internet metric of all," by J. William Gurley, 2/21/2000 | CQ007938-7944 | A | | | | |
| 237 | "Risky Business: Overlooking Patents as Financial Assets," by James E. Malackowski, Chapter 6 from *Making Innovation Pay,* by Bruce Berman, 2006. | CQ009487-9504 | A | | | X | |
| 238 | AICPA Practice Aid,  "Calculating Intellectual Property Infringement Damages," 06/2001 | CQ009393-9441 | A | | | X | |
| 239 | "CEEM Royalty Rate and Deal Term Survey," LES, September 2010 | CQ009158-9290 | A | | | X | |
| 240 | "Use of the 25% Rule In Valuing IP," by Robert Goldscheider, *les Nouvelles,* December 2002 | CQ009291-9350 | A | | | X | |
| 241 | "Where have all the dot-coms gone?" Print E-Business Report, July 2001 | VP-CQ0025351-25354 | B | | | | |
| 242 | Biography of Jablon from Panitch Schwarze Belisario & Nadel LLP website (Jablon Exh. 1) | N/A | C | | | | |
| 243 | INTENTIONALLY LEFT BLANK | | | | | | |
| 244 | INTENTIONALLY LEFT BLANK | | | | | | |
| 245 | Expert Report of David L. Zwang Regarding the Invalidity of U.S. Patent No. 6,839,149 and Appendices, December 10, 2010 | N/A | I | | | | |
| 246 | Rebuttal Expert Report of David L. Zwang Regarding the Non-Infringement of U.S. Patent No. 6,839,149, with Exhibits and Appendices, December 30, 2010 | N/A | I | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 247 | Declaration of David L. Zwang in Support of Defendant Vistaprint's Oppositions to ColorQuick, L.L.C.'s Motion for Partial Summary Judgment of Validity; Motion to Strike, In Part, the Opinions of David L. Zwang on Invalidity; and *Daubert* Motion to Strike Portions of the Invalidity Opinion of David Zwang (Dkt. 148) | N/A | I | | | | |
| 248 | Rebuttal Expert Report Regarding Damages of W. Christopher Bakewell, December 30, 2010 with Attachments | N/A | I | | | | |
| 249 | Supplemental Expert Report Regarding Damages of W. Christopher Bakewell, March 3, 2011, with supplemental Exhibits, supplemental Attachment C, and Declaration of Amembal Satish Pai, February 21, 2011 | N/A | I | | | | |
| 250 | "Valuation of Patents: Legislative and Judicial Developments on Damages in Infringement Cases," by Christopher W. Bakewell, The Examiner, May/June 2009 | CQ009442-9481 | I | | | | |
| 251 | "A Step Forward For the Valuation Community, SFAS 157 And Fair Value Measurements: An Important New Standard in the Valuation of Assets for Financial Reporting," by Chris Bakewell, et al, *les Nouvelles*, June 2007 | CQ009482-9486 | I | | | X | |
| 252 | Defendant Vistaprint's Objections and Responses to Colorquick's First Set of Interrogatories (Nos. 1-4), May 24, 2010 | N/A | I | | | | |
| 253 | Declaration of Sebastien Coursol In Support of Vistaprint Limited's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,839,149, with exhibits (Dkt. 135) | N/A | I | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 254 | Declaration of Sebastien Coursol in Support of Defendant Vistaprint's Oppositions to ColorQuick, L.L.C.'s Motion for Partial Summary Judgment on Defendant's Vistaprint.com Invalidity Defense; Motion to Strike, In Part, the Opinions of David L. Zwang on Invalidity; and *Daubert* Motion to Strike Portions of the Invalidity Opinion of David Zwang (Dkt. 147) | N/A | I | | | | |
| 255 | Declaration of Sven Ripper In Support of Vistaprint Limited's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,839,149, with exhibits (Dkt. 135) | N/A | I | | | | |
| 256 | Declaration of Martijn Stevenson in Support of Defendant Vistaprint Limited's Motion for Summary Judgment of Invalidity of U.S. Patent No. 6,839,149, with exhibits (Dkt. 136) SEALED | N/A | I | | | | |
| 257 | Declaration of Martijn Stevenson in Support of Defendant Vistaprint Limited's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,829,149, with exhibits (Dkt. 132) SEALED | N/A | I | | | | |
| 258 | Declaration of Anatoliy Tsykora in Support of Defendant Vistaprint Limited's Motion for Summary Judgment of Non-Infringement of U.S. Patent No. 6,829,149, with exhibit (Dkt. 132) SEALED | N/A | I | | | | |
| 259 | Defendant Vistaprint's Objections and First Supplemental Responses to ColorQuick's First Set of Interrogatories (Nos. 1-3), 6/28/2010 | N/A | B | | | | |
| 260 | Defendant Vistaprint's Objections and Supplemental Responses to ColorQuick's First Set of Interrogatories (Nos. 1 and 4), 1/24/2011 | N/A | A | | | | |
| 261 | Defendant Vistaprint's Objections and Responses to ColorQuick's Second Set of Interrogatories (Nos. 5-7), 8/16/2010 | N/A | B | | | | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 262 | Defendant Vistaprint's Responses and Objections to ColorQuick's Third Set of Interrogatories (8-14), 11/8/2010 | N/A | B | | | | |
| 263 | Defendant Vistaprint's First Supplemental Responses and Objections to ColorQuick's Third Set of Interrogatories (8-14), 11/17/2010 | N/A | A | | | | |
| 264 | Vistaprint Limited's Responses to Plaintiff ColorQuick's First Set of Request for Admissions, 11/8/2010 | N/A | B | | | | |
| 265 | Vistaprint Limited's Response to Third Set of Requests for Admission, 1/24/2011 | N/A | B | | | | |
| 266 | Defendant Vistaprint's Answer and Counterclaims to ColorQuick's Complaint for Patent Infringement (Dkt 22), 11/4/2009 | N/A | I | | | | |
| 267 | Defendant Vistaprint's Answer and Counterclaims to ColorQuick's First Amended Complaint for Patent Infringement (Dkt 112), 11/11/2010 | N/A | I | | | | |
| 268 | Defendants' Joint P.R. 3-3 Invalidity Contentions, with Appendices A-R, 3/22/2010 | N/A | I | | | | |
| 269 | Defendant Vistaprint's Initial Disclosures, 2/17/2010 | N/A | I | | | | |
| 270 | Defendant Vistaprint's First Amended Initial Disclosures, 6/28/2010 | N/A | I | | | | |
| 271 | Defendant Vistaprint's Second Amended Initial Disclosures, 12/30/2010 | N/A | I | | | | |
| 272 | 6/6/2006 Email from Alfonso Chan to David Zwang regarding availability to be an expert | N/A | I | | | X | |

| PLTF EXH. NO. | DESCRIPTION | BATES NO. | Category | Marked | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|---|
| 273 | 6/27/2006 Email exchange between Alfonso Chan and David Zwang regarding scheduling a meeting | N/A | I | | | X | |
| 274 | 7/3/2006 Email exchange between Alfonso Chan and David Zwang regarding meeting | N/A | I | | | X | |
| 275 | 7/6/2006 Email exchange between Alfonso Chan and David Zwang regarding scheduling meeting | N/A | I | | | X | |
| 276 | 7/10/2006 Email from Alfonso Chan to David Zwang regarding meeting | N/A | I | | | X | |
| 277 | 7/11/2006 Email from Alfonso Chan to David Zwang regarding conducting meeting via telephone | N/A | I | | | X | |
| 278 | 7/11/2006 Email from Alfonso Chan to David Zwang forwarding materials for review | N/A | I | | | X | |
| 279 | 9/6/2006 Email exchange between Alfonso Chan and David Zwang regarding confirming meeting | N/A | I | | | X | |
| 280 | 9/6/2006 Email from Alfonso Chan to David Zwang forwarding material for review | N/A | I | | | X | |
| 281 | Video and deposition transcript clips from the deposition of Satish Pai, taken on 11/02/2010; PX 281 A - Transcript clips; PX 281 B – Video clips | N/A | A | | | | |
| 282 | Video and deposition transcript clips from the deposition of Paul Liberman, taken on 10/29/2010; PX 282 A – Transcript clips; PX 282 B – Video clips | N/A | A | | | | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed **PLAINTIFF COLORQUICK L.L.C.'S FIFTH AMENDED EXHIBIT LIST** with the clerk of court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

June 20, 2011                                                     */s/ Justin B. Kimble*
Date                                                             Justin B. Kimble