**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| COLORQUICK, L.L.C., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | No. 6:09-CV-323 |
| v. | § | |
| | § | JURY DEMANDED |
| VISTAPRINT LIMITED, and | § | |
| OFFICEMAX INCORPORATED, | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING PLAINTIFF COLORQUICK, L.L.C.'S**
**UNOPPOSED MOTION TO SHORTEN TIME TO RESPOND**

Having considered Plaintiff ColorQuick, L.L.C.'s Unopposed Motion to Shorten Time to Respond to its Motion for Clarification of June 14, 2011 Order, the Court is of the opinion that Plaintiff's motion should be and is hereby **GRANTED**. Defendant Vistaprint Limited's response to Plaintiff's Motion is due on June 21, 2011.

**So ORDERED and SIGNED this 20th day of June, 2011.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**