IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COLORQUICK, LLC | § § § § | |
| Plaintiff | | |
| vs | § § § | CASE NO. 6:09-CV-323<br>PATENT CASE |
| VISTAPRINT LIMITED, ET AL | § § § | |
| Defendant. | § | |

## ORDER REGARDING EXHIBITS

The Court enters this order *sua sponte*.

On the last day of trial, the parties shall tender to the Court a cumulative list entitled, "Plaintiff's / Defendant's Final List of All Admitted Exhibits." All admitted exhibits will become part of the record and will go to the jury.

**At the conclusion of the evidentiary phase of trial**, each party is to gather only those exhibits admitted during trial and tender those to the Courtroom Administrator, along with a copy of their final list of exhibits including the description of exhibits for the Jury's use. The Courtroom Administrator shall verify the exhibits and final lists and tender to the jury for their deliberations.

At the conclusion of trial, all boxes of exhibits shall be returned to the respective parties and the parties are instructed to remove these exhibits from the courtroom.

**SUBMISSION OF FINAL LISTS AND EXHIBITS: Within ten business days of the conclusion of trial**, each party shall submit to the Court **(to Chambers):**

(1) A hard copy of Final Exhibit List of Exhibits Admitted During Trial, listing only the exhibits admitted at trial and making a notation of any sealed exhibit. In addition

parties shall provide the Court a disk containing this document in WordPerfect or Word format.  For Example: Plaintiff will tender a list entitled, "Plaintiff's Final Exhibit List of Exhibits Admitted During Trial."

(2)   A disk or disks containing their respective admitted trial exhibits in PDF format, with the exception of sealed exhibits.  If the Court ordered any exhibits sealed during trial, the Sealed Exhibits shall be copied on a separate disk.  If tangible or over-sized exhibits were admitted, such exhibits shall be substituted with a photograph to be converted to a PDF file and shall be included in the Court's disk of admitted exhibits.

(3)    A disk or disks containing the transcripts of Video Depositions played during trial, along with a copy of the actual video deposition.

**FILING AND STORAGE OF EXHIBITS:** After receipt of final exhibit lists and exhibits, the Courtroom Administrator shall file and docket the parties' respective lists, and the disk or disks containing the exhibits in PDF format shall be stored in the Clerk's Office, Tyler Division.

**QUESTIONS REGARDING EXHIBITS:** All questions regarding exhibits, lists, and procedures shall be directed to Rosa Ferguson, Court Administrator via email: rosa_ferguson@txed.uscourts.gov

**So ORDERED and SIGNED this 22nd day of June, 2011.**



    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**