# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**DATE:** June 21, 2011

**JUDGE** LEONARD DAVIS

**REPORTER:** Susan Simmons & Judy Werlinger

**LAW CLERK:** Anna Phillips & Nicole Mitchell

| COLORQUICK LLC<br><br>V<br><br>VISTAPRINT LIMITED | CIVIL ACTION NO:<br>6:09-CV-323<br><br><br>JURY TRIAL - DAY 2 |
|---|---|
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANT** |
| **SEE SIGN-IN SHEETS** ||

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 1:00 p.m.    **ADJOURN:** 5:00 PM

| TIME: | MINUTES: |
|---|---|
| 1:00 p.m. | Trial resumed. **Jury not present in courtroom.** |
|  | Court addressed the parties and inquired if they had any matters before the Jury is brought in. |
|  | Mr. Campbell addressed the Court on Motion to Strike Testimony of Allan Ratliff (Docket No. 285). Mr. Campbell stated that Plaintiff had not had an opportunity to respond to the motion as it was filed this morning. The Court inquired as to when Plaintiff could respond. The parties stipulated by midnight tonight. Mr. Campbell stated there are issues regarding this motion that may come up today. The Court instructed Mr. Campbell to state his objections as they come up. The Court asked the parties to try to keep bench conferences to a minium. |
|  | Court asked for the Jury to be brought in. **Jury panel seated in courtroom.** |
|  | Mr. Friel continued cross examination of **PIN WAH WONG**. |
|  | Mr. Friel passed the witness. Redirect examination by Mr. Kimble. |

**DAVID J. MALAND, CLERK**

**FILED: 6.21.2011**

BY: *Rosa L. Ferguson*, Courtroom Deputy

PAGE 2 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
|  | Mr. Kimble offered Plaintiff's exhibit 234. Mr. Campbell objected on grounds that document is not related to patented technology. The Court overruled Mr. Campbell's objection. **Plaintiff's Exhibit 234 is admitted.** |
|  | Mr. Kimble passed the witness. No further questions of this witness. |
|  | Court inquired about whether the parties had exhibits to admit. |
|  | Mr. Kimble offered the exhibits on "Plaintiff's List of Admitted Exhibits No. 2 Tuesday, June 21, 2011," marked as Plaintiff's Exhibit List 2, and without objection, exhibits admitted. Plaintiff's Exhibit List 2 lists **Plaintiff's Exhibits 36-43, 47, 49, 103, 106, 107-110, 113-114, 116, 118, 126, 129, 149, 153, 184-190, 225, 228-229, 235-236, 245, 247, 248** and **Defendant's Exhibits 86-88, 96, 107, 142-148, and 161.** |
|  | Mr. Grubyotti offered the exhibits on "Defendant Vistaprint Limited's Exhibits Offered At Trial Tuesday, June 21, 2011," marked as Defendants' Exhibit List 2, and without objection, exhibits admitted. Defendant's Exhibit List 2 lists **Defendant's Exhibits 26, and 30-32.** |
|  | Mr. Conroy called **MARK WEISS** to the witness stand (witness previously sworn). |
|  | Direct examination of Mr. Weiss by Mr. Conroy. |
|  | The Court asked counsel to approach the bench (bench conference held). |
|  | Mr. Conroy resumed direct examination of Mr. Weiss. |
|  | Mr. Conroy passed the witness. Cross examination of witness by Mr. Campbell. |
| 3:12 p.m. | Court in recess until 3:30 P.M. |
| 3:29 p.m. | Trial resumed. **Jury not present in the room.** Court asked counsel to approach. (Bench conference held). |
|  | Court inquired whether the parties had cumulative exhibit lists from Monday, June 20, 2011. Mr. Kimble notified the Court that Plaintiff's exhibits from Monday were limited to those admitted through Plaintiff's Exhibit List 1. |
|  | Mr. Campbell offered the exhibits on Defendant Vistaprint Limited's Exhibits Offered At Trial Monday, June 20, 2011," marked as Defendant's Exhibit List 3,"and without objection, exhibits admitted. **Defendant's Exhibit List 3 lists Plaintiff's Exhibits 1, 3A, 11, 15, 18-19, 22, 26-30, 48, and 224, and Defendant's Exhibits 1, 4-5, 18, 22, 24-25, 27-29, 33-34, 36, 39, 42, 70, 116, 128, 133, 150-151, 181, 244-246, and 251**. |
|  | Court asked for the jury. **Jury seated in the courtroom.** |
|  | Mr. Campbell resumed cross examination of Mr. Weiss. Mr. Campbell passed the witness. No further questions. |
|  | Mr. Conroy called **ALAN RATLIFF** to the witness stand. Witness sworn by the clerk. |
|  | Direct examination of Mr. Ratliff by Mr. Conroy. |
|  | Mr. Campbell asked to approach (bench conference) |
|  | Mr. Conroy resumed direct examination of Mr. Ratliff. |

PAGE 3 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
|  | Mr. Conroy passed the witness. Cross examination of Mr. Ratliff by Mr. Campbell. |
|  | Mr. Campbell passed the witness. No further questions. |
| 4:55 p.m. | Jury instructed to return tomorrow at 1:00 p.m. **Court excused the Jury for the evening.** |
|  | Court advised parties of their time. |
| 5:00 p.m. | There being nothing further, Court adjourned for the day. |