IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COLORQUICK, L.L.C., | § § § | |
| *Plaintiff,* | § § | No. 6:09-cv-323 |
| v. | § § | JURY DEMANDED |
| VISTAPRINT LIMITED, | § § | |
| *Defendant.* | § § | |

# VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the Court's Charge.

## Question No. 1 – Infringement

Do you find by a preponderance of the evidence that Vistaprint directly infringes any of the following claims of the '149 patent under the doctrine of equivalents?

**Answer "YES" (for ColorQuick) or "NO" (for Vistaprint) as to each claim.**

Claim 1 _No_

Claim 2 _No_

Claim 3 _No_

Claim 9 _No_

Claim 11 _No_

Claim 12 _No_

### Question No. 2 – Invalidity

Do you find by clear and convincing evidence that any of the following claims of the '149 patent are invalid under the doctrine of obviousness?

**Answer "YES" (for Vistaprint) or "NO" (for ColorQuick) as to each claim.**

Claim 1 _No_

Claim 2 _No_

Claim 3 _No_

Claim 9 _No_

Claim 11 _No_

Claim 12 _No_

**Answer the question below <u>if and only if</u> you find there are claims infringed by Vistaprint that are not invalid.**

### Question No. 3 – Damages

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Colorquick for Vistaprint's past infringement? Only award damages for those claims you find infringed by Vistaprint and not proven invalid by Vistaprint.

**Answer: $**_____

Signed this **23rd** day of June, 2011

_____
JURY FOREPERSON