IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COLORQUICK, L.L.C., | § § § | |
| *Plaintiff,* | § § | No. 6:09-CV-323 |
| v. | § § | JURY DEMANDED |
| VISTAPRINT LIMITED, and OFFICEMAX INCORPORATED, | § § § § | |
| *Defendants.* | § | |

## PLAINTIFF'S EXHIBITS ADMITTED ON
## MONDAY, JUNE 20, 2011

| | | |
|---|---|---|
| PX 1  | PX 75 | PX 98  |
| PX 2  | PX 76 | PX 99  |
| PX 3  | PX 79 | PX 107 |
| PX 4  | PX 80 | PX 111 |
| PX 5  | PX 81 | PX 118 |
| PX 6  | PX 82 | PX 125 |
| PX 8  | PX 83 | PX 126 |
| PX 10 | PX 84 | PX 129 |
| PX 11 | PX 85 | PX 138 |
| PX 12 | PX 86 | PX 150 |
| PX 20 | PX 87 | PX 151 |
| PX 29 | PX 88 | PX 160 |
| PX 30 | PX 89 | PX 163 |
| PX 31 | PX 90 | PX 173 |
| PX 32 | PX 91 | PX 174 |
| PX 33 | PX 92 | PX 224 |
| PX 60 | PX 93 | PX 246 |
| PX 61 | PX 94 | PX 249 |
| PX 64 | PX 95 | PX 260 |
| PX 66 | PX 96 | |
| PX 70 | PX 97 | |

DX 53
DX 55
DX 63
DX 69



Plaintiff's Exhibit List 1

Dated: June 20, 2011                                Respectfully submitted,

/s/ Justin B. Kimble
Patrick J. Conroy
State Bar No. 24012448
Justin B. Kimble
State Bar No. 24036909
Derek N. Johnson
State Bar No. 24060027
Timothy T. Wang
State Bar No. 24067927
Daniel F. Olejko
State Bar No. 205512
**SHORE CHAN BRAGALONE DEPUMPO LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
(214) 593-9110 Telephone
(214) 593-9111 Facsimile

ATTORNEYS FOR PLAINTIFF
COLORQUICK, L.L.C.

### CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2011, a true and correct copy of the foregoing has been served upon all counsel of record for Vistaprint Limited via electronic mail.

/s/ Justin B. Kimble
Justin B. Kimble