# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| COLORQUICK, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | NO. 6:09cv323 LED-JDL |
| § | |
| VISTAPRINT LIMITED, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Stipulation for Entry of Final Judgment, the Court hereby enters Final Judgment. Plaintiff Colorquick, LLC ("Colorquick") filed suit against two (2) Defendants in this case on July 21, 2009. Since that time, Defendant OfficeMax Incorporated has been dismissed (Doc. No. 204). Colorquick and Vistaprint Limited ("Vistaprint") proceeded to trial and the jury reached a verdict. Colorquick and Vistaprint have stipulated to entry of final judgment and have agreed to (1) not file any post-trial motions; (2) bear their own costs and attorneys' fees; (3) consent to entry of final judgment consistent with the jury's verdict; (4) dismiss with prejudice any claims or counterclaims not expressly addressed in the judgment; and (5) not appeal any judgment in this matter. *See* (Doc. No. 322).

Therefore, pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury verdict delivered on June 23, 2011, and the entirety of the record available to this Court, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

- Defendant Vistaprint did not unlawfully infringe U.S. Patent No. 6,839,149 ("the '149 patent") under the doctrine of equivalents; and

- The '149 patent is valid and enforceable.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

In addition, it is **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 19th day of July, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**